| | |
|---|---|
| 1 | Peace Ambassador Dr. Ali Aghaei |
| 2 | |
| 3 | 3435 Wilshire Blvd. Suite 2000 |
| 4 | Los Angeles, CA 90010 |
| 5 | Telephone: +1(310) 606-0555 |
| 6 | Facsimile: +1(213) 232-4890 |
| 7 | Email: contact@hahaglobalinc.com |
| 8 | |
| 9 | SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK |
| 10 | |
| 11 | |

| | | |
|---|---|---|
| 12 | HAHA GLOBAL, INC., | |
| 13 | ALI AGHAEI, | |
| 14 | DOMONIC BARBAR, | |
| 15 | NIGEL SHERRY | SUMMONS WITH NOTICE |
| 16 | | |
| 17 |       Plaintiff, | Index Number |
| 18 | vs. | _____ |
| 19 | BARCLAYS, | Date Index Number Purchased |
| 20 |       Defendant | April 21, 2019 |

| | |
|---|---|
| 21 | |
| 22 | |
| 23 | Toks Sotande Peters, 745 7th Avenue New York, NY 10091 United States of America |
| 24 | Jes Staley, 745 7th Avenue New York, NY 10091 United States of America |
| 25 | |
| 26 | James Brian Meadows, 745 7th Avenue New York, NY 10091 United States of America |
| 27 | Harprit Singh Sandhu, 1 Churchill Place. E14 5HP London, United Kingdom |
| 28 | Lee Hazell, 1 Churchill Place. E14 5HP London, United Kingdom |

SUMMONS WITH NOTICE - 1

Paul Compton, 1 Churchill Place E14 5HP London, United Kingdom

Babacar Diallo, 1 Churchill Place E14 5HP London, United Kingdom

Michael Joseph Justice California, USA

Arthur Jay Lewis, 7225 Glen Eagle Drive, Miami Lakes, Florida, 33014 USA

Defendant(s)

To the Person(s), party being sued Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED and required to serve upon plaintiff, at the address stated below, a notice of appearance or demand for a complaint within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

Dated: April 21, 2019,

_____

Peace Ambassador Dr. Ali Aghaei

Representing HAHA GLOBAL, INC.

SUMMONS WITH NOTICE - 2

Notice:

Sotande Peters, ("Toks") 745 7th Avenue New York, NY 10091 USA

Staley ("Jes") 745 7th Avenue New York, NY 10091 USA

Brian Meadow, ("James") 745 7th Avenue New York, NY 10091 USA

Singh Sandhu, ("Harprit") 1 Churchill Place. E14 5HP London, United Kingdom

Hazell, "Lee" 1 Churchill Place. E14 5HP London, United Kingdom

Compton, ("Paul") 1 Churchill Place E14 5HP London, United Kingdom

Diallo, ("Babacar") 1 Churchill Place E14 5HP London, United Kingdom

Joseph Justice, ("Michael") California, USA & London, United Kingdom

Jay Lewis, ("Arthur") 7225 Glen Eagle Drive, Miami Lakes, Florida, 33014 USA

Defendant(s)

To the Person(s), party being sued Named as Defendant(s) above:

Plaintiff,

       HAHA GLOBAL, INC. ("HGI"),

       Upon information and belief, alleges for its complaint as follows:

International interference with contractual relations, Tort of negligent interference, Wrongful interference, Legal Malpractice, Financial Malpractice, False representation, identity theft, Embezzlement, civil extortion.

       The relief sought is for the sum of:

       Four Hundred and Fifty Billion United States Dollars

       ($450,000,000,000.00) with interest from the date of March 15th, 2019

       (Date HGI received confirmation by Barclays banker(s) that the Defendants in question did in fact receive the release of transfer(s)). and the costs of this action.

SUMMONS WITH NOTICE - 3

Should defendant(s) fail to appear herein or demand a complaint, judgment will be entered by default for the sum of Four Hundred and Fifty Billion United States Dollars ($450,000,000,000.00) with interest from the date of March 15th, 2019 (Date HGI received full confirmation of the Defendants in fact did release and receiving of the transfer(s). and the costs of this action.

HAHA GLOBAL, INC.

3435 Wilshire Blvd. Suite 2000,

Los Angeles, CA 90010

Telephone: +1(310) 606-0555

Fax: +1(213) 232-4890

As a result of Defendant Barclays Investment Bank, Barclays Bank UK Plc., ("Barclays") wrongful conduct, including without limitation Breach,

    1. Defendant Barclays has an affirmative duty not to commit acts or engage in practices that would improperly deprive Plaintiff HGI and members of the benefit of the Fair trade practice.

    2. By its conduct, practices and intent, Defendant Barclays has attempted to create a monopoly. This constitutes a direct violation of Section 2 of the Sherman Act, 15 U.S.C. §2.

    3. Defendant Barclays possesses monopoly power in the financial relevant markets and Oil. Through the anticompetitive conduct described herein, Defendant Barclays has willfully acquired and maintained its monopoly power in these two relevant markets to the detriment and harm of Plaintiff HGI and other members of the Nation.

SUMMONS WITH NOTICE - 4

4. Defendant Barclays has acted with an intent to illegally acquire and/or maintain its monopoly power within the aforesaid relevant markets and its anticompetitive conduct has enabled it to do so, in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2.

5. Plaintiff HGI have suffered and continue to suffer economic and financial losses and other general and specific damages, all in an amount and of a nature to be determined according to proof at time of trial.

Venue:

Plaintiff(s) designate New York County as the place of trial. The basis of this delegation is:

1. This Court has original jurisdiction over Plaintiffs' under Section 4 of the Clayton Act, 15 U.S.C. § 15(a) in that it seeks damages and other relief for violations of Section 2 of the Sherman Act, 15 U.S.C. § 2. Such jurisdiction lies within 15 U.S.C. § 26 and 28 U.S.C. §§ 1331 and 1337(a).

2. This notice relates to other counts in the complaint of Plaintiffs which are so related to the First Count and the Second Count in that all such other counts form part of the same case or controversy under Article III of the United States Constitution, as hereinafter more fully presented. Therefore, this Court has jurisdiction over such state claims pursuant to 28 U.S.C. § 1367.

3. Defendant Barclays, a resident of the State of New York, is the sole defendant from whom relief is sought by members of HGI, and whose alleged conduct forms the basis for the claims asserted by HGI.

4. Venue is proper under the provisions of 15 U.S.C. §§ 15, 22, and 26, and 28 U.S.C. § 1391 because: (i) Barclays transacts business, committed an act alleged to be unconstitutional,

SUMMONS WITH NOTICE - 5

illegal or tortious, and/or is found within this district; and (ii) a substantial portion of the affected interstate trade and commerce described below has been carried out in this district.

--------------------------