UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HAHA GLOBAL, INC., ALI AGHAEI, DOMONIC BARBAR, NIGEL SHERRY,

        Plaintiffs,

- against -

BARCLAYS,

        Defendant.
------------------------------------------------------------------x

Case No. 1:19-cv-04749

(Caproni, J.)

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Motion to Dismiss dated May 29, 2019, the Declaration of Sean R. O'Brien dated May 29, 2019, the Declaration of Shannon N. Sterritt dated May 29, 2019, and upon all prior papers and proceedings herein, Barclays Bank PLC and each and every other Barclays entity or affiliate that could possibly be alleged to be a defendant in these proceedings ("Barclays"), by and through its undersigned counsel, will move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, on a date and at a time designed by the Court, for an order granting Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure Rules 12(b)(2), 12(b)(4), 12(b)(5) and 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated: May 29, 2019  
      New York, New York

O'BRIEN LLP

*/s/ Sean R. O'Brien*
Sean R. O'Brien, Esq.
Sara A. Welch, Esq.
A.J. Monaco, Esq.
900 Third Avenue, 18th Floor
New York, NY 210022
Tel: (212) 729-9243
Fax: (646) 205-3071
sobrien@obrienllp.com
swelch@obrienllp.com
ajmonaco@obrienllp.com

*Attorneys for Movants*