# EXHIBIT C

| | |
|---|---|
| **From:** | HAHA GLOBAL INC. <quickbooks@notification.intuit.com> |
| **Sent:** | Sunday, June 02, 2019 8:46 PM |
| **To:** | ███████████@barclayscorp.com |
| **Cc:** | ███████████@barclays.com; ███████████@barclays.com |
| **Subject:** | Invoice 1003 from HAHA GLOBAL INC. |
| **Attachments:** | Invoice_1003_from_HAHA_GLOBAL_INC.pdf |

This mail originated from outside our organisation - quickbooks@notification.intuit.com



## HAHA GLOBAL INC.

Dear Aston Brooks International Sandhu & Wurmser, Ltd.,

The only recurring payments is the 950M and 850M. Please have the 850M made out to "Ali Aghaei" and the 950M to "HAHA GLOBAL INC." IF NEED BE ISSUE BOTH TO ALI AGHAEI (ONLY) RECURRING. Thank You.

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
HAHA GLOBAL INC.

INVOICE 1003 DETAILS

**DUE 05/27/2019**

# $1,809,500,000.00

**Print or save**

Powered by QuickBooks

| Bill to | Aston Brooks International Sandhu & Wurmser, Ltd. |
|---|---|
| Terms | Due on receipt |

05/27/2019

**PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # 546943919)**  $850,000,000.00

Balance Transfers PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▮▮▮▮▮▮▮ )

1 X $850,000,000.00

05/27/2019

**PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) - 1002**  $950,000,000.00

PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▮▮▮▮▮▮▮

1 X
$950,000,000.00

05/27/2019

**PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1003**      $300,000.00

Loan for oil transaction and safety from evacuation of address

1 X $300,000.00

05/27/2019

**PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1004**      $9,200,000.00

LAX AIRPORT EXPANSION/OIL AND CNG SITE OWNED BY HAHA - EXPENSES- FROM PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▮▮▮▮▮▮▮▮)

1 X
$9,200,000.00

Balance due      $1,809,500,000.00

ALLOCATION OF FUNDS (FBO ALI AGHAEI OF "HGI")
50% of each Transfer is to go to Chase Account Of
Ali Aghaei Account Number: ▮▮▮▮▮▮   Routing: 02100021 SWIFT: ▮▮▮▮▮▮▮

Remaining 50% must be evenly transferred to:
Account name: Ali Aghaei
TD Bank Account Number: ▮▮▮▮▮▮▮▮
Routing Number: 026013673
SWIFT: ▮▮▮▮▮▮▮▮▮▮

&
Bank Of America
Account: HAHA GLOBAL INC.
ACC# ██████████
Electric transfers- ██████████
Wire Routing: 026009593
SWIFT: ██████████
SEND COPY OF TRANSFER RECEIPT IMMEDIATELY ONCE SENT TO contact@hahaglobalinc.com PH: 310.606.0555 FOR HAHA GLOBAL INC. And or Ali A.

HGI Contact (ONLY) ali.aghaei@hahaglobalinc.com | +1.310.606.0555

**Print or save**

HAHA GLOBAL INC.

3435 Wilshire Blvd. Suite 2000 Los Angeles, CA 90010 US

+1 3106060555

ali.aghaei@hahaglobalinc.com

If you receive an email that seems fraudulent, please check with the business owner before paying.



© Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service

**HAHA GLOBAL INC.**

3435 Wilshire Blvd. Suite 2000
Los Angeles, CA  90010 US
+1 3106060555
ali.aghaei@hahaglobalinc.com



Invoice

BILL TO
Aston Brooks International Sandhu & Wurmser, Ltd.

| | |
|---|---|
| INVOICE | 1003 |
| DATE | 05/27/2019 |
| TERMS | Due on receipt |
| DUE DATE | 05/27/2019 |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ███████) | Balance Transfers PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ███████) | 1 | 850,000,000.00 | 850,000,000.00 |
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) - 1002 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ███████) | 1 | 950,000,000.00 | 950,000,000.00 |
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1003 | Loan for oil transaction and safety from evacuation of address | 1 | 300,000.00 | 300,000.00 |
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1004 | LAX AIRPORT EXPANSION/OIL AND CNG SITE OWNED BY HAHA - EXPENSES- FROM PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ███████) | 1 | 9,200,000.00 | 9,200,000.00 |

BALANCE DUE  **$1,809,500,000.00**



SEND COPY OF TRANSFER RECEIPT IMMEDIATELY ONCE SENT TO contact@hahaglobalinc.com PH: 310.606.0555 FOR HAHA GLOBAL INC. And or Ali A.

HGI Contact (ONLY) ali.aghaei@hahaglobalinc.com | +1.310.606.0555
Page 1 of 1

| | |
|---|---|
| **From:** | HAHA GLOBAL INC. <quickbooks@notification.intuit.com> |
| **Sent:** | Tuesday, June 04, 2019 7:32 AM |
| **To:** | ██████@barclayscorp.com |
| **Cc:** | ██████@barclays.com; ██████@barclays.com |
| **Subject:** | Invoice 1003 from HAHA GLOBAL INC. |
| **Attachments:** | Invoice_1003_from_HAHA_GLOBAL_INC.pdf |

This mail originated from outside our organisation - quickbooks@notification.intuit.com



## HAHA GLOBAL INC.

Please make out to Ali Aghaei

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
HAHA GLOBAL INC.

INVOICE 1003 DETAILS

**DUE 05/27/2019**

# $959,200,000.00

Review and pay

1

Powered by QuickBooks

| | |
|---|---|
| **Bill to** | Aston Brooks International Sandhu & Wurmser, Ltd. |
| **Terms** | Due on receipt |

05/27/2019

**PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) - 1002**  $950,000,000.00

PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▓▓▓▓▓▓

1 X $950,000,000.00

05/27/2019

**PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1004**  $9,200,000.00

LAX AIRPORT EXPANSION/OIL AND CNG SITE OWNED BY HAHA - EXPENSES- FROM PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▓▓▓▓▓▓▓▓

1 X $9,200,000.00

|  |  |
|---|---|
| Balance due | $959,200,000.00 |

ALLOCATION OF FUNDS (FBO ALI AGHAEI OF "HGI")
50% of each Transfer is to go to Chase Account Of
Ali Aghaei Account Number: ▮▮▮▮▮▮▮ Routing: 02100021 SWIFT: ▮▮▮▮▮▮▮
Remaining 50% must be evenly transferred to:
Account name: Ali Aghaei
TD Bank Account Number: ▮▮▮▮▮▮▮
Routing Number: 026013673
SWIFT: ▮▮▮▮▮▮▮
&
Bank Of America
Account: HAHA GLOBAL INC.
ACC# ▮▮▮▮▮▮▮
Electric transfers- ▮▮▮▮▮▮▮
Wire Routing: 026009593
SWIFT: ▮▮▮▮▮▮▮
SEND COPY OF TRANSFER RECEIPT IMMEDIATELY ONCE SENT TO contact@hahaglobalinc.com PH: 310.606.0555 FOR HAHA GLOBAL INC. And or Ali A.

HGI Contact (ONLY) ali.aghaei@hahaglobalinc.com | +1.310.606.0555

**Review and pay**

HAHA GLOBAL INC.

1127 8th street Manhattan Beach, CA 90266 US

+1 3106060555

ali.aghaei@hahaglobalinc.com

If you receive an email that seems fraudulent, please check with the business owner before paying.



3

© Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service

**HAHA GLOBAL INC.**

1127 8th street
Manhattan Beach, CA  90266 US
+1 3106060555
ali.aghaei@hahaglobalinc.com



# Invoice

**BILL TO**
Aston Brooks International Sandhu & Wurmser, Ltd.

| INVOICE | 1003 |
|---|---|
| DATE | 05/27/2019 |
| TERMS | Due on receipt |
| DUE DATE | 05/27/2019 |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) - 1002 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▮▮▮▮) | 1 | 950,000,000.00 | 950,000,000.00 |
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1004 | LAX AIRPORT EXPANSION/OIL AND CNG SITE OWNED BY HAHA - EXPENSES- FROM PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▮▮▮▮) | 1 | 9,200,000.00 | 9,200,000.00 |



|  |  |
|---|---|
| BALANCE DUE | **$959,200,000.00** |

SEND COPY OF TRANSFER RECEIPT IMMEDIATELY ONCE SENT TO contact@hahaglobalinc.com PH: 310.606.0555 FOR HAHA GLOBAL INC. And or Ali A.

| | |
|---|---|
| **From:** | HAHA GLOBAL INC. <quickbooks@notification.intuit.com> |
| **Sent:** | Tuesday, June 04, 2019 7:31 AM |
| **To:** | @barclayscorp.com |
| **Cc:** | @barclays.com; @barclays.com |
| **Subject:** | Invoice 1003 from HAHA GLOBAL INC. |
| **Attachments:** | Invoice_1003_from_HAHA_GLOBAL_INC.pdf |

This mail originated from outside our organisation - quickbooks@notification.intuit.com



## HAHA GLOBAL INC.

Here's your invoice! Please make this payment via wire to Ali Aghaei or make the checks to Ali Aghaei which is easier for Ali to send to the business or personal rather than other way around.

We appreciate your prompt payment.

Thanks for your business!
HAHA GLOBAL INC.

INVOICE 1003 DETAILS

**DUE 05/27/2019**

# $959,200,000.00

1

**Review and pay**

Powered by QuickBooks

| | |
|---|---|
| **Bill to** | Aston Brooks International Sandhu & Wurmser, Ltd. |
| **Terms** | Due on receipt |

05/27/2019

### PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) - 1002      $950,000,000.00

PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▇▇▇▇▇▇)

1 X
$950,000,000.00

05/27/2019

### PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1004      $9,200,000.00

LAX AIRPORT EXPANSION/OIL AND CNG SITE OWNED BY HAHA - EXPENSES- FROM PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▇▇▇▇▇▇)

1 X
$9,200,000.00

|  |  |
|---|---|
| Balance due | $959,200,000.00 |

ALLOCATION OF FUNDS (FBO ALI AGHAEI OF "HGI")
50% of each Transfer is to go to Chase Account Of
Ali Aghaei Account Number: ███████ Routing: 02100021 SWIFT: ██████
Remaining 50% must be evenly transferred to:
Account name: Ali Aghaei
TD Bank Account Number: ████████
Routing Number: 026013673
SWIFT: █████████
&
Bank Of America
Account: HAHA GLOBAL INC.
ACC# █████████
Electric transfers- ████████
Wire Routing: 026009593
SWIFT: ████████
SEND COPY OF TRANSFER RECEIPT IMMEDIATELY ONCE SENT TO contact@hahaglobalinc.com PH: 310.606.0555 FOR HAHA GLOBAL INC. And or Ali A.

HGI Contact (ONLY) ali.aghaei@hahaglobalinc.com | +1.310.606.0555

**Review and pay**

HAHA GLOBAL INC.

1127 8th street Manhattan Beach, CA 90266 US

+1 3106060555

ali.aghaei@hahaglobalinc.com

If you receive an email that seems fraudulent, please check with the business owner before paying.



3

© Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service

**HAHA GLOBAL INC.**

1127 8th street
Manhattan Beach, CA  90266 US
+1 3106060555
ali.aghaei@hahaglobalinc.com



## Invoice

BILL TO
Aston Brooks International Sandhu & Wurmser, Ltd.

| | |
|---|---|
| INVOICE | 1003 |
| DATE | 05/27/2019 |
| TERMS | Due on receipt |
| DUE DATE | 05/27/2019 |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) - 1002 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▮) | 1 | 950,000,000.00 | 950,000,000.00 |
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1004 | LAX AIRPORT EXPANSION/OIL AND CNG SITE OWNED BY HAHA - EXPENSES- FROM PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # ▮) | 1 | 9,200,000.00 | 9,200,000.00 |



BALANCE DUE **$959,200,000.00**

SEND COPY OF TRANSFER RECEIPT IMMEDIATELY ONCE SENT TO contact@hahaglobalinc.com PH: 310.606.0555 FOR HAHA GLOBAL INC. And or Ali A.

HGI Contact (ONLY) ali.aghaei@hahaglobalinc.com | +1.310.606.0555

Page 1 of 1