UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

*Request*
*for a jury trial*

ALI AGHAEI
(*Pro se*)

1:19-cv-04749 ( VEC )

CASE NAME:

HAHA GLOBAL, INC. ET AL.

V.

BARCLAYS

_____
**PLAINTIFF,**

**V.**

"BARCLAYS",
"Intuit, Inc.",
Intuit Payment Solutions"
"BILL.COM, LLC,"
"JPMorgan Chase Bank, N.A."
"Bank of America"
"U.S. TRUST"
"Wells Fargo Bank & Co."
"Santander Bank, N.A."
"TD Bank, N.A.",
"US Bancorp",
"citi","citigroup",
"Early Warning Services",
"CHEX SYSTEMS"
"GIACT"
"GreyLock Capital"
83 North

(See attached)_____
HEREIN AFTER REFERRED TO AS
"DEFENDANT" OR "DEFENDANTS"

P. 29        **COMPLAINT**

CAUSES OF ACTION:

BREACH OF CONTRACT
UNFAIR OR DECEPTIVE ACTS OR PRACTICES
INTENTIONAL INTERFERENCE OF A CONTRACT
ABUSE OF RIGHTS, UNJUST ENRICHMENT
AIDING AND ABETTING. TREASON, EXTORTION
GRAND LARCENY, EMBEZZLEMENT,
ANTI TRUST (Monopoly)
ABUSE OF RIGHTS, GROSS NEGLIGENCE
MISAPPROPRIATION OF FUNDS
INTENTIONAL INTERFERENCE WITH INTERNATIO-
NAL BUSINESS
BREACH OF FIDUCIARY DUTY
ANTITRUST
RACKETEER INFLUENCED & CORRUPT ORGANIZA-
TION ACT
CONSUMER CREDIT REPORTING ACT

&

REQUEST FOR TEMPORARY RE-
STRAINING ORDER
OTHER EQUITABLE RELIEF,
PRELIMINARY INJUNCTION AND
PERMANENT INJUNCTION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-23-19

COMPLAINT FOR CIVIL ACTION

BREACH OF CONTRACT, TEMPORARY RESTRAINING ORDER WITH

ASSET FREEZE, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE

WHEREFORE, Plaintiff request that this Court enter judgment against defendants providing the

following relief as well as a more detailed Prayer for relief towards the end of the document with amounts being

able to be adjusted as court or jury sees fit:

An order placing plaintiff in the position that he would have been in had there been no violation of his rights.

Compensatory damages in whatever amount in excess of the amount shown within the body of the memo on invoice

shown paid by Barclays with the first transfer deposited on the toward the end of May 2019 into Chase Bank ac-

count of the Plaintiff. invoice first invoice that was , exclusive of cost and interest, that Plaintiff is found to be enti-

tled.

Punitive damages against defendants in whatever amount, exclusive of cost and interest, that Plaintiff is found to be

entitled. An order restraining defendants from further acts of discrimination or retaliation.

Any and all other remedies provided pursuant .......Take other appropriate nondiscriminatory measures to overcome

the above described discrimination: and Such other and further relief as the court deems appropriate.

ALSO PLAINTIFF HAS A CLAIM AND COUNTS THAT

Plaintiff claims he has fully followed the executive order of the president and it has not been respected by plaintiffs.

"

The executive order signed by President Trump on February 3, 2017.

The order is organized into three sections, one on Policy, one a directive to the <u>Secretary of the Treasury</u>, and one on General Provisions.

The section on Policy outlines and officially states the six primary goals of the Trump Administration in regards to financial regulation, described in the order as the "Core Principles"

"Executive Order 13772

*Core Principles for Regulating the United States Financial System*

Executive Order 13772 of February 3, 2017

Core Principles for Regulating the United States Financial System

By the power vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

Section 1. *Policy.* It shall be the policy of my Administration to regulate the United States financial system in a manner consistent with the following principles of regulation, which shall be known as the Core Principles: empower Americans to make independent financial decisions and informed choices in the marketplace, save for retirement, and build individual wealth;

(b) prevent taxpayer-funded bailouts;

(c) foster economic growth and vibrant financial markets through more rigorous regulatory impact analysis that addresses systemic risk and market failures, such as moral hazard and information asymmetry;

(d) enable American companies to be competitive with foreign firms in domestic and foreign markets;

(e) advance American interests in international financial regulatory negotiations and meetings;

(f) make regulation efficient, effective, and appropriately tailored; and

(g) restore public accountability within Federal financial regulatory agencies and rationalize the Federal financial regulatory framework"

**Done  toks.sotande-peters@barcl...**

Subject: RE: INSTEAD WRITE: TAKE OUT REFERENCE TO ERROR.

**BARCLAYS CLASSIFICATION:** Restricted - External

Great

The 2 test transfers are being sent back and u are being fast tracked to have a haha global and inc.sub account.

Please resend the test transfers to the account number designated for Euro.

Best

Toks

Toks Sotande-Peters | Vice President | Private Bank & Overseas Services - Corporate clients
Tel +44 (0) 203 555 1948 | Mobile +44 (0) 7418 938 837 | Email
toks.sotande-peters@barclays.com

Barclays, Level 15, 1 Churchill Place, London, E14 5HP
www.Barclays.com

Respect | Integrity | Service | Excellence | Stewardship
Helping people achieve their ambitions – in the right way

P Please consider the environment before printing this email

ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD

BARCLAYS BANK PLC
1 CHURCHILL PLACE
LONDON
E14 5HP UK

No. 1004

Date  03/15/2019

Pay To The
Order Of    HAHA GLOBAL, INC

$  ••9200000.00

Nine million Two Hundred Thousand

Dollars

ASTON BROOKS INT. SANDHU & WURMSER, LTD

Signed

Memo:  ALLOCATION OF FUNDS

Date: 5|31|19

Deposit to:  ☒ Checking    ☐ Money Market Account
28

Deposit to:  ☐ Savings    ☐ Certificate of Deposit
25          ☐ Passbook Savings    ☐ Market Rate Account

Checks and other items are received for deposit subject to the applicable account rules and regulations. Deposits may not be available for immediate withdrawal.

Account Name    HAHA GLOBAL, INC

Address

**citibank**

| | DOLLARS | | CENTS |
|---|---|---|---|
| Cash | | | |
| 1 | 9,200,000 | 00 | |
| 2 | 950,000,000 | 00 | |
| 3 | | | |
| 4 | Received for | | |
| 5 | Collections. | | |
| Subtotal | | | |

*Less Cash
Received

TOTAL ▶ $959,200,000.00

**citi**

Citibank

**Daniela Luna**
Assistant Branch Manager,
AVP
NMLS ID: 721990

Citibank, N.A.
Union Square Flagship
52 East 14th Street
New York, NY 10003
T 212 590 3333
F 646 291 1768
T 888 248 4226
daniela.luna@citi.com

Citibank

**Enza M. Cusenza**
Personal Banker II
NMLS ID: 722632

Citibank, N.A.
Union SQ Flagship
52 East 14th Street
New York, NY 10003
T 212 590 3324
F 718 887 7281
T 800 627 3999
enza.m.cusenza@citi.com

**citi**

1004

HAHA GLOBAL, INC

Amount:5920000

5/31/19
Copy of check. Original received @ Citibank USA.



Citibank

**Veronica V. Viteri**
Branch Manager, VP
NMLS ID: 721992

Citibank, N.A.
Union Square Flagship
52 East 14th Street
New York, NY 10003
T 212 590 3321
F 646 328 3950
T 888 248 4226
veronica.v.viteri@citi.com

**citi**

**‹ Chart of Accounts**    🔍

# Checki...- 6265 ›

ENDING BALANCE

$962,200,000.00

**Invoice Payment #Ref...**    **$3,000,000.00**

from Aston Brooks Intern...    7/12/19

**Invoice Payment...**    **$959,200,000.00**

from Aston Brooks I...    6/4/19

From: **<barclaysbusinessmandatechange@barclays.com>**
barclaysbusinessmandatechange@barclays.com

Subject: **Your Barclays Business Mandate Change Request**

Date: **May 22, 2019 at 12:33:10 PM**

To: **<ali.aghaei@hahaglobalinc.com>**
ali.aghaei@hahaglobalinc.com

Thank you for speaking to us about the signing arrangements on your Business account.

We'd like to make sure the list of authorised people on your account is up to date. All sections of the form need to be completed as non-completion, incorrect completion/non receipt of documents could result in a delay and the forms being sent back to you to update.

Next Steps

1. Please print out the mandate change form attached to this email. Using black ink, add the business sort code and account numbers to the relevant section on the form,
2. Sign the forms where indicated ensuring you sign within the box.
4. New officials will have a personal details form, please ensure all of the mandatory fields are completed in full. For LTD companies, please refer to Companies House to ensure they hold a true reflection of the company set-up – if the person you are adding to the mandate is already showing on Companies House, they will also need to sign to authorise the form along with providing a Personal Details Form and Identification and Verification documents. You can search for a Local Branch by visiting www.barclays.co.uk  or by clicking http://ask.barclays.co.uk/branchfinder/
5. Any officials who do not currently bank with Barclays will need to provide identification and address verification documents at a Barclays branch to have them certified. Please see the 'ID&V Guidelines' PDF below for more information on suitable forms of identification and address verification.

6. Finally, please send the completed forms to the mandate change team at the following address: Mandate change team, **PO Box 10215, Wigston, LE18 9EY.**

Personal Information – **Please ensure that all officials are aware of the following with regards to their personal information:** The Barclays Group uses and retains details you give about yourself and others to manage your account, for research or analysis and to prevent fraud.   Section 10 of the Business Customer Agreement provides further details how we use personal information https://www.barclays.co.uk/business-banking/manage/terms-and-conditions/

**Continue to use your existing signing arrangements until you receive confirmation to advise any changes you have requested have been put in place.**

If you have any questions, we're here to help. Call us on 0333 202 7477

Replies to this email aren't monitored.

Kind Regards;

1.                                    <u>Subject Matter Jurisdiction</u>

2.

3. This court has exclusive jurisdiction over subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States. The court has personal jurisdiction over the defendants and corporations' owned in part or full as Title 18, United States Code, Section 2, makes it a crime to aid or abet the commission of another crime and provides as follows: (a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces, or procures its commission, is punishable as a principal.(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

4. Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court. Defendants have caused harm to the Plaintiff and even death to business associates brother from Cancer due to the unjustifiable acts and the unfair and deceptive actions of fiduciaries being the defendants, with the Executive officers from each left without the excuse of knowing not of what their company's have done, and continue to do.

5. This court has exclusive jurisdiction over subject matter jurisdiction over this matter pursuant to This court has supplemental jurisdiction over Plaintiffs' Sherman Act and Clayton Act Claims as true and accepted by "pro se litigant" Mr. Ali Aghaei. It has been explained and accepted with no further contest that this court has supplemental jurisdiction in this matter, as in "in any civil action as the district court shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

6. The court has personal jurisdiction Under the following provisions of title 18,

7. United States Code: Section §§ 1344 & 1503

8.

9. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events

10. giving rise to the allegations in this complaint occurred in this

11. district.

- 4 -

8/20/19

Santander Bank
Business Banking/Private Banking


To Whom it May Concern:

My name is John Martin and below is a recap of conversations and events that transpired with various representatives of Santander Bank on Monday, August 19, 2019. Mr. Ali Aghaei, President of HAHA Global, Inc., requested that I participate in various conversations with these bank representatives to assist with dialogue concerning the availability of funds. In addition, the conversations also included inquiry and discussion regarding the assignment of a Relationship Manager to Mr. Aghaei to provide concierge services for his accounts as well as to setup Treasury Link to obtain the most robust online banking service capabilities befitting the needs of an ultra-high net worth client.

Below is a chronology and summary of conversations that transpired:

- Amanda - Santander Bank Relationship Manager Assistant/Treasury Link Client Service

  Mr. Aghaei requested setup on Treasury Link. Amanda advised that a Relationship Manager must first be assigned to Mr. Aghaei in order to initiate the setup process for Treasury Link. Amanda verified the Mr. Aghaei's identity with multiple security questions. She had also asked Mr. Aghaei to verify selected transactions for further identity verification. Mr. Aghaei also offered information on balances for each account, which Amanda acknowledged. Mr. Aghaei also asked if Amanda could assist with processing wires pending the setup of Treasury Link. She advised that wires could not be remotely processed and that Mr. Aghaei must conduct those services within a Santander Bank branch. She advised that she would inquire as to how she may expedite the assignment of a Relationship Manager but that the setup of Treasury Link could not be expedited.

- Shamir - Santander Bank Client Service

  Mr. Aghaei contacted the client service group to inquire about the balances in his accounts. Shamir verified Mr. Aghaei with security questions and proceeded to converse with him about transactions and balances within his accounts. Mr. Aghaei recited the balance amount of over $1 billion USD in business checking account 6265 as well as checks written for $33 million and $500,000, respectively. Mr. Aghaei asked if Shamir concurs with seeing the balances Mr. Aghaei stated and Shamir replied 'Yes.' Mr. Aghaei also asked Shamir about having a Relationship Manager assigned as well as setting up Treasury Link. Shamir was happy to recommend Navdeep Singh as a newly promoted Relationship Manager who was previously with Client Services. Shamir was

to contact Navdeep and have him reach out to Mr. Aghaei directly for possible assignment.

• Maria, Santander Business Banking

Mr. Aghaei contacted Maria in business banking to inquire about obtaining access to funds within his accounts as he is abroad while on his honeymoon. Maria verified Mr. Aghaei with security questions and had dialogue with him about specific transactions, deposits and balances within his accounts. Maria advised that it is not possible to issue access to his funds remotely and that the only way the ACH hold on his accounts would be lifted is if he personally came into a Santander Bank branch. She also confirmed the process of how a Relationship Manager is assigned as well as the relative timeframe of initiating and completing the setup of Treasury Link for clients. Maria was very kind and understanding of Mr. Aghaei's situation but reiterated that the only possible way his funds would be released so he may gain access to them was by personally going into a Santander Bank branch.

Throughout the course of the day, our conversations with multiple bank representatives made it clear that Mr. Aghaei has substantial deposits in queue to be posted to his Santander Bank accounts. It was unfortunate that Mr. Aghaei could not access his funds while he was on his honeymoon but at the same time appreciated the security measures in place for his own, as well as the bank's, protection.

However, it was incredibly frustrating having to recap the detail of the same scenario and issues over and over again as we spoke to different bank personnel amongst multiple departments. Unfortunately, there was no other feasible option than to contact different bank personnel who have access to different systems and likely different levels of authority in the hopes of finding the answers needed. As a result, the level of service was very disjointed and painfully evident why a Relationship Manager is needed and should be much more effective by serving as the concierge point of contact to provide expedient service that an ultra-high net worth client might expect.

Even though a Relationship Manager has yet to be assigned to Mr. Aghaei, he certainly should expect and receive the aforementioned level of service from Santander Bank for being a most valued client.

As Mr. Aghaei's financial advisor for both his business and personal needs, I look forward to meeting with and to establish productive working relationships with the appropriate designated professionals at Santander Bank.


Sincerely,

John Z. Martin





**Wells Fargo Remediation**
N9777-112 ERM
PO Box 84423
Sioux Falls, SD 57118-4423

July 12, 2019

ALI AGHAEI
1127 8TH ST
MANHATTAN BEACH CA 90266-6011

Subject: Update on potentially unauthorized Wells Fargo deposit account(s)
Dispute ID Number(s): 8395654,8395656,8395657,8395658,8395662 and 8395663

Dear ALI AGHAEI:

We are writing to provide an update on the Wells Fargo deposit account(s) you may not have authorized, which has since been closed.

We discovered that this account(s) appeared in the records of Early Warning Services (EWS), which is a specialty consumer reporting agency. We have contacted the agency and submitted a deletion request for the removal of the record for the account(s) listed below. Please note that the record, including any negative information, can take time to reflect the changes requested. This letter can be used as evidence of this update.

Please accept our apology for any impact this situation may have caused.

**Impacted account(s) ending in:**
- 2909
- 4905
- 9017
- 1259
- 6919
- 8778

**What you need to know**

- EWS is a consumer reporting agency; however, it is not a traditional consumer bureau like Experian, Equifax, or TransUnion. Instead, EWS is a specialty consumer reporting agency that collects deposit account information and provides that information to financial institutions.
- If you would like to review your EWS consumer report, you can request a free copy of the report by contacting EWS at:

    Early Warning
    Attn: Consumer Services Department
    16552 N. 90th Street
    Scottsdale, AZ 85260

    Fax: 1-480-656-6850

Phone: 1-800-745-1560

- If you would like learn more about all of the consumer reporting agencies from which you have a legal right to request a copy of a free report each year, please visit the Consumer Financial Protection Bureau: **https://www.consumerfinance.gov/ask-cfpb/category-credit-reporting/**

We're here to help

12.

13. Venue is proper pursuant to Section 2 of the Sherman Act making it unlawful for a company to "monopolize, or attempt to monopolize," trade or commerce.

14.

15.

16.

17. **INTRODUCTION**

18.     COMES NOW Mr. "Ali Aghaei", ("Plaintiff") styled above shown to be represented in "pro se" form and files this civil action against, Defendants, and in support thereof would show that the Plaintiff is in full belief that his rights violated on multiple multilateral occasions and would like the District Court of New York by way of analyzing all statutes and determine and make judgement with jury if possible or needed by analyzing the EX-ECUTIVE ORDER as well as below such statutes as

19.

20.  U.S. Code § 1989. United States magistrate judges; appointment of persons to execute warrants

21.

22. The district courts of the United States and the district courts of the Territories, from time to time, shall increase the number of United States magistrate judges, so as to afford a speedy and convenient means for the arrest and examination of persons charged with the crimes referred to in section 1987 of this title; and such magistrate judges are authorized and required to exercise all the powers and duties conferred on them herein with regard to such offenses in like manner as they are authorized by law to exercise with regard to other offenses against the laws of the United States. Said magistrate judges are empowered, within their respective counties, to appoint, in writing, under their hands, one or more suitable persons, from time to time, who shall execute all such warrants or other process as the magistrate judges may issue in the lawful performance of their duties, and the persons so appointed shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portion of the land or naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged; and such warrants shall run and be executed anywhere in the State or Territory within which they are issued.

23. U,S.Code § 1988. Proceedings in vindication of civil rights

24. **(a) Applicability of statutory and common law**

25. The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

26. U.S. Code § 1987. Prosecution of violation of certain laws

27. The United States attorneys, marshals, and deputy marshals, the United States magistrate judges appointed by the district and territorial courts, with power to arrest, imprison, or bail offenders, and every other officer who is especially empowered by the President, are authorized and required, at the expense of the United States, to institute prosecutions against all persons violating any of the provisions of section 1990 of this title or of sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes, and to cause such persons to be arrested, and imprisoned or bailed, for trial before the court of the United States or the territorial court having cognizance of the offense.

28.U.S. Code § 1986. Action for neglect to prevent

29.Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section

1985 of this titleare about to be committed, and having power to prevent or aid in preventing the commission of

the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or

his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence

could have prevented; and such damages may be recovered in an action on the case; and any number of persons

guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party

be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action

therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if

there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under

the provisions of this section shall be sustained which is not commenced within one year after the cause of action

has accrued.

30.U.S. Code § 1985. Conspiracy to interfere with civil rights

31.1) Preventing officer from performing duties

32.If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person

from accepting or holding any office, trust, or place of confidence under the United States, or from discharging

any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place,

where his duties as an officer are required to be performed, or to injure him in his person or property on account

of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his

property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

33.

34.**(2) Obstructing justice; intimidating party, witness, or juror**

35.If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or

witness in any court of the United States from attending such court, or from testifying to any matter pending

therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his

having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror

in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or in-

dictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons con-

- 7 -

spire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

36.**(3) Depriving persons of rights or privileges**

37.If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

38.U.S. Code § 1981. Equal rights under the law

39.**(a) Statement of equal rights**

40.All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

41.**(b) "Make and enforce contracts" defined**

42.For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

43.**(c) Protection against impairment**

44. The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

45.

46. U.S. Code § 1982. Property rights of citizensAll citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.

47. § 1983. Civil action for deprivation of rights

48. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

49.

50.

51.                              **SUMMARY OF EVENTS**

52.

53. PLAINTIFF apologizes in advance to the court and it's management for any language barrierrrs as plaintiff has, is and will continue to do his best to not break any rules and hopes not to be discriminated against by the Defendants for this and prays to have only the facts to be the determining factors of all judgements and not any technicality due to Plaintiffs inability to retain a lawyer on such case as Defendant and or Defendants have monopolistically and strategically, knowingly and willingly retain or retained most of the largest law firms in our country (amongst other a/k/a intra alia ) without benefit at all in most or some cases other than to ensure policies are in signed and in place, preventing the firms from commencing action or representing a citizen of the United States or other citizens against their large banks or companies while they continue their business which at times have found to be extremely mischievous, deceitful, treasonous and or unlawful activities.

54.

55.Some of which ill be bringing to light during the discovery such as audio, visual, email and documents prov-
ing the owners or majority stock holders of these large companies have set their allegances in plain sight such as
"83 North" located in New York as well I believe which changed its name from Greystone not long ago and has
set its main focuses to provide funding to Europe, Europeans and Israel predominantly. The issue is  that Gray-
stone Capital helped with the funding of huge cyber communication companies such as FaceBook, Instagram and
"LinkedIn" all of which ive stopped using years ago except for linkedin which had been for business reasons but I
have not been able to log back in since shortly after I filed my lawsuit against Barclays on or about April 22, 2019
and have requested for access numerous times and have provided every possible requirement that has began to
make me feel is due to my ethnic background and name being "ALI" regardless of being born and raised in Cali-
fornia, which should not matter in the first place in my opinion as good and evil come in all shapes, sizes and
race. Also one of the true owners of JPMorgan Chase in my opinion seems to be the Rockefeller's stemming from
the American company Standard Oil Company and Trust, controlling almost all oil production, processing, mar-
keting and transportation in the United States until their "break" up in 1911 after the U.S. government brought
suit against them in New Jersey under the Sherman Antitrust Act of 1890 and the company was ordered to divest
itself of its major holdings of 33 companies in all. Which they did only to reassemble in other names such as
Exxon, Exxon Mobile, BP, Texaco, Royal Dutch/Shell. All owned by JPMorgan, Wells Fargo, Citigroup and Bank
Of America. Barclays having a huge influential stake and or interest as well amongst their other discreet owner-
ships such as KPMG stemming from the ("Sir William BARCLAY Peat") from the Barclay family and in fact has
a requirement still implemented that the senior partner must be a Peat for at least 3 generations.  All of which I
never had a clue about until being a victim to this crime I hadn't thought was such a big deal until now I see, the
quest for their global industrial domination is very strategic and the goals are very self-centered and not of or for
the peoples best interest. I earned my profits and I am not a slave to them (at least have not been told) I made my
profits, it may have been in an unorthodox way and one they never expected so didn't prevent sooner but never-
theless I did and it happened fairly and justly. They need to be able to handle competition, not simply kick a man
when their down as what happened when Barclays acquired the New York location in the first place from the
Lehman Brother bankruptcy in what they called the deal of the century, a loan would of probably helped them
from a bank that understood how many people would ultimately lose their jobs once Barclays took over. If I am
able to do as the Constitution,  Executive Order, Bill of Rights says and make deals, contracts, earn without a lim-
it, there should be no reason I have not had my funds other than being tricked into thinking I truly am free to do
so but in reality a slave.

56.                    **CAUSES OF ACTION**

57.COMES NOW, MR. ALI AGHAEI, PLAINTIFF IN THE ABOVE STYLED AND NUMBERED PRO-
CEEDING, IN PRO SE FORM, AND FILES THIS COMPLAINT WITH THE CAUSES OF ACTION AND
MOTIONS PERTAINING TO EACH DEFENDANT AS AS AN INDIVIDUAL AND OF A COLLECTIVE.

58.

**59.ALL COUNTS CAN BE DETERMINED BY THE NUMBER IN WHICH THE PARAGRAPH BE-
GINS AND ENDS FOR EXAMPLE "COUNT 5–64" IF A Violation of my rights took place from within
those paragraphs 5 and through Paragraph 64.**

60.PLAINTIFF DECLARES A STATE OF EMERGENCY AS THE DEFENDANTS HAVE OFFICIALLY
RESTRICTED EVERY SINGLE ACCOUNT FROM THE PLAINTIFF WITHOUT RETURNING PLAINTIFFS
FUNDS WITHOUT A CAUSE, REASONABLE CAUSE, EVIDENCE, SHOWING. PLAINTIFFS ACCOUNT
WITHOUT CAUSE OR AN OPTION OF RECEIVING PAYMENT OF FUNDS ON DEPOSIT ELSEWHERE.
PLAINTIFF REQUEST'S A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND
PERMANENT INJUNCTION, AT THE EARLIEST CONVENIENCE THE COURT SHALL SEE FIT PROOF
SHOWN AS FOLLOWS:

61.

62.negligence, gross negligence, grand larceny, breach of fiduciary duty, breach of contract, misrepresentation, de-
ceit, fraud, vicarious liability and aiding and abetting any of the foregoing unjust enrichment, money had and re-
ceived, any other claim that the plaintiffs' have evidence. Plaintiff in the above styled and numbered proceeding,
in pro se form, and files this Complaint with the causes of action and motions pertaining to each defendant as one.
Plaintiff declares a state of emergency as the defendants have officially restricted every single account from the
Plaintiff without returning Plaintiffs funds without a cause. reasonable cause  evidence showing. Plaintiffs ac-
count without cause or an option of receiving payment of funds on deposit elsewhere. Plaintiff Request's a Tem-
porary Restraining Order, Preliminary Injunction and Permanent Injunction, at the earliest convenience the court
shall see fit proof shown as follows:

63.

64.That the Ali Aghaei is natural Born United States citizen from the city of Manhattan Beach,  Los Angeles County
and the state of California

- 11 -

65. That the Defendant, Barclays has a place of business Head Quartered in New York, NY and London England.

66. That the defendants "Barclays", "Barclays Bank PLC, "Barclays PLC", "Barclays Capital Inc." "Barclays Bank UK PLC", "Intuit, Inc.","Intuit Payment Solutions", "bill.com, LLC," "Bill.com, Inc." "BillPay", "JPMorgan Chase Bank", Chase Bank N.A. "Citi", "Citibank", "Citigroup", "TD Bank, N.A.," "Santander" "Santander Bank N.A." "Early Warning Services", THE OWNERS of "Early Warning Services", "JPMorgan Chase Bank", amongst others (known and unknown by intentional deceptive business) Herein after referred to as "Defendant" or collectively referred to as "Defendants"

67.

   - Bank of America;

68. On or about September Plaintiff and his criminal attorney went to Bank of America in person where banker showed and stated an average balance of $66 Million yet your account was "closed". When banker called to see what was going on, Risk said they had a "block" but the bank claimed it was "closed" and refuse to give any bank statements, again. unfair and deceptive business practice and fraud occurred.


   -JPMORGAN CHASE BANK N.A.: Has stated accounts are "closed" in a report within Early Warning but they are restricted to only keep me from using it. I am certain of the account remaining opened and funded however the bank has refused to give me statements of my accounts. I have spoken to bankers of Chase who have told and or shown me the account but

69. Were refused to give me statements when they'd ask bank managers. One being directly behind the Barclays on 745 7th Avenue New York NY 10011. I believe this was a clear sign of fraud, Deceptive business practice and Embezzlement.

   -TD Bank confirmed funds on the phone with Baily and again with Summer from the small business department in "Maine" and had stated they realeased the fund of $955,000,000 Nine Hundred Fifty Five Million USD to my account.

70. When at the branch banker Kris Cheng would not be of any assistance and attempted to act as though she hadn't seen my funds released. I then called back to the business center and on speaker had to nearly yell at her to call them directly through the direct phone of the bank. When she called she was simply replying "yes, ok, uh huh" until hanging up. I asked what had been said and was told "nothing that she doesn't see anything, I called back Summer and she told me to the contrary and advise me to go into another branch. I did. At the next branch a gentlemen had stated there is a note on the account and he "has to call the branch" he called on speaker and the

banker admitted to having the funds however if I did not go back to her branch I would not be given access TO

MY OWN MONEY, the banker had been very confused and stated that he would be willing to be witness of the

events that occurred. I went back to the branch and sure enough she had no idea and appeared to be extremely

uncomfortable with herself as she constantly looked out the window where she had her desk situated near by.

71. I feel TD Bank committed extortion or force by way of threatening economical loss when stating "if you don't

stay at that branch you won't get access to your money." later finding to have a branch level restriction to my ac-

count at that Branch. The only way to correct it apparently was to step in that exact branch, the branch began to

threaten to call the police and was setting me up and before leaving The security guard at the branch stated they

have been doing this to people who are not of their race or white evert day. He allowed me to video tape him on

record saying this and how the managers of the branch when my funds had been originally transferred have been

transferred, the only one left was Kris Chang. The security guard is your witness.

EXTORTION, VIOLATING HONEST SERVICES, FRAUD, DECIETFUL UNFAIR, ABUSE OF POWER were

all factors I believe.


-Santander

72. deposited my 950M check and every time I asked for an update, by my "relationship manager" Fiordeliza" shed

say its proccessing. She would also have me and my wife know her job is not to teach us how to use online bank-

ing, she said that it was still processing after 4 weeks then 5 then 6 and then gave me the same exact branch only

restriction as well and after the 8 weeks passed they still didn't update me on the check and fraud department had

stated fund were being held at the ACH Department of $950,000,000 and $20,000,000 at the time and saw no

reason for the block other than the branch chose to for not provifing a SSN. The Branch Managers closed the ac-

counts when I began asking more demanding questions. Customer service confirmed funds of over 3B with

wealth advisor John Z Martin on the phone with me as well as witness and told me if I step into the nearest branch

id have access to my funds 100% I had let them know I was in the Dominican Republic for my delayed honey-

moon and they stated they had no branches there that I would have to come back to the US to have access to my

account, even though I had my debit cards with me. I returned early from the trip due to needing money to get

back on track however when I returned  Fiordaliza Almonte and Lisseth Capo kept having blocks placed on your

account which said to all other branches "compliance issues" I have included evidence where I emailed her direct-

ly if I'm okay "to transfer my wealth in the Billions" she replied with stating something similar to it was "fine via

ACH" which at that point had not been informed of any compliance issues at all, or ever by her.

73.

-CitiBank

74. solicited me to deposit my $950,000,000 dollar e-check / bank draft instead of only my $9.2 and said it would make things faster. The entire management staff had been helping to open the accounts the same day and even kept me past the time of business hours, which I was okay with at the time believing and having thought they were working in good faith. Again, forced to wait and wait until I finally reached out to business banking who had emailed me a welcome email the day of opening, they stated my accounts had been opened and were very confused. I went to the branch and confronted the bank managers about it, they stated they were going to call me that day. Then Daniella Luna stepped away and looked extremely nervous, she came back and said "sorry your accounts are closed and we don't know why" and asked me to leave and threatened to call police. But after calling customer service that day, you were told SHE Daniella Luna closed the account on that day. She seemed like a very nice lady who had been being forced by her manager Victoria, who was not so pleasant. One month later after account was "closed" Citi Bank was still making a large amount of inquiries without your authorization or knowledge. Up to this day I still am able to call and give my personal details and the auto response machine will state "Great, we see you have more than one card with us. Please give the last four digits of just the account you want to discuss"

UNFAIR DECEPTIVE BUSINESS, FRAUD, EXTORTION)


-US Bank & Charles Shwabb;

opened account and sent funds then notified "account was closed" and no correspondence after trying to contact them.

-Early Warning;

75. Inquiries you never made or authorized/were aware of from all banks.

Reporting fraudulent and false information to banks.


-Chex Systems:

76. Reporting innacurate information to Banks; Multiple customer profiles with mixed up spelling of names, socials, phone numbers & addresses

77.

78.

79. THE ACTIONS OF BARCLAYS' IN BREACHING THEIR FIDUCIARY DUTY, IN INTENTIONALLY AND TORTUOUSLY INTERFERING WITH ALI'S EMPLOYMENT CONTRACTS AND IN INTENTIONALLY AND TORTUOUSLY INTERFERING WITH ALI'S CUSTOMER RELATIONS, WERE DONE KNOWINGLY, WILLFULLY AND INTENTIONALLY OR WITH RECKLESS DISREGARD FOR THE RIGHTS OF ALI AND AFFILIATES, EVIDENCING BAD FAITH ON THE PART OF BARCLAYS' AND ENTITLING ALI AGHAEI TO PUNITIVE DAMAGES. ALI AGHAEI SUES BARCLAYS' BANK FOR PUNITIVE DAMAGES IN THE AMOUNT OF 900 BILLION DOLLARS.

80. DEFENDANTS HAVE CAUSED HARM TO THE PLAINTIFF AND EVEN DEATH TO BUSINESS AS-SOCIATES TO CANCER DUE TO THE UNJUSTIFIABLE ACTS AND THE UNFAIR AND DECEPTIVE ACTIONS OF FIDUCIARIES BEING THE DEFENDANTS, WITH THE EXECUTIVE OFFICERS FROM EACH LEFT WITHOUT THE EXCUSE OF NOT KNOWING NOT OF WHAT THEIR COMPANIES HAVE DONE, AND CONTINUE TO DO. SHOWN WITHIN THE BODY OF THE MEMO ON INVOICE SHOWN PAID BY BARCLAYS WITH THE FIRST TRANSFER DEPOSITED ON THE 31ST DAY OF MAY INTO CHASE BANK ACCOUNT OF THE PLAINTIFF. INVOICE FIRST INVOICE THAT WAS, EXCLUSIVE OF COST AND INTEREST, THAT PLAINTIFF IS FOUND TO BE ENTITLED. -DEFENDANT BARCLAYS HOLDS IN AN ACCOUNT CONTROLLED BY THE BANK'S UPPER ECHELONS WITH ORIGINALLY HELD A $450,000,000,000 FOUR HUNDRED BILLION UNITED STATES DOLLARS (IN EURO) WHICH WAS TRANSFERRED FOR FURTHER CREDIT TO PLAINTIFF SINCE DECEMBER 7, 2018.

81.

82. -ON OR ABOUT MARCH 12, 2019. DEFENDANT BARCLAYS UPPER ECHELON REPRESENTATIVE AND HELD A MEETING WITH PLAINTIFF ALI AGHAEI WHICH WAS HELD AT THE TRUMP NATIONAL DORAL

83.

84. -DURING THE MEETING IT WAS AGREED THAT PLAINTIFF WOULD LIKE ALL OF HIS FUNDS IN USD AND BOUGHTEN TO THE UNITED STATES. DEFENDANT HAD GOTTEN THE CONFIRMATION AND EXPLAINED IT WOULD BE DONE THROUGH "RECURRING CHECKS".

85.

86. -ON OR ABOUT MARCH 15, 2019 BARCLAYS HAD SENT THE FIRST (4) FOUR E-CHECKS FROM THEIR U.K. HEADQUARTERS 1 CHURCHILL PLACE UK E14 5HP TOTALING $1,809,200,000 USD.

87.

88.-PLAINTIFF DID NOT HAVE ANY HISTORY WITH E-CHECKS. A MEETING WAS SET UP FOR
PLAINTIFF TO MEET WITH A PRIVATE BANKER AT JPMORGAN CHASE BANK IN NEW YORK.

89.

90.-ON OR ABOUT APRIL 22, 2019, PLAINTIFF FILED A LAWSUIT IN NEW YORK SUPREME COURT.

91.

92.-ON OR ABOUT APRIL 23, 2019 DEFENDANT BARCLAYS REACHED OUT TO PLAINTIFF AND
ATTEMPTED TO SET UP A MEETING IN UK. PLAINTIFF DENIED THE MEETING DUE TO
DEFENDANTS PRIVATE BANKERS AND PROCESSORS MAKING LIFE THREATS IF HE'D STEP IN A
BRANCH IN THE UK ALSO THREATENING JAIL, PHYSICAL HARM.

93.

94.-ON OR ABOUT MAY 19TH PLAINTIFF AND DEFENDANTS AGREED ON DOUBLE THE AMOUNT
ORIGINALLY OWED TOTALING $900,000,000,000 NINE HUNDRED BILLION DOLLARS FOR ALL OF
THE BUSINESS LOST AND NEGLIGENCE AS WELL AS BREACH AND THEFT THAT HAD OCCURRED
IN ORDER TO PREVENT FURTHER ACTION AGAINST BARCLAYS.

95.

96.-ON OR ABOUT MAY 20, 2019 PLAINTIFF WAS DIRECTED TO OPEN AN ACCOUNT AND
SUBSCRIPTION WITH "INTUIT", WHICH HE DID.

97.

98.-PLAINTIFF WAS DIRECTED A QUICKBOOKS ONLINE ADVANCE FULL-SERVICE PAYROLL
ACCOUNT. WHICH WAS A SERVICE OFFERED AMONGST MANY BANKS BUT PARTICULARLY BANK
OF AMERICA AS THIS HAD BEEN QUICKBOOKS PAYROLL'S BANK TO SEND MONEY AND
JPMORGAN WAS SAID TO BE THEIR "PART-OWNER" TO RECEIVE MONIES.

99.

100.-$900,000,000,000 NINE HUNDRED BILLION DOLLARS OWED TO PLAINTIFF WAS MADE
EVIDENT IN NEARLY EACH AND EVERY INVOICE PAID TO LEAVE NO ROOM FOR CONFUSION.

101.

102.-DEFENDANTS INTUIT QUICKBOOKS HAD STATED THEY UTILIZE "BILL.COM" FOR ALL OF
THEIR MONEY MOVEMENT AND WAS PROVIDED AS A SERVICE WITHIN THE DESCRIPTION.

103.

104.-ONCE PLAINTIFF BEGAN RECEIVING PAYMENTS THROUGH INVOICES THAT HAD BEEN SET UP FOR HIM, IT WOULD SHOW BARCLAYS BEING THE "CUSTOMER" WHO HAD "VIEWED" AND "PAID"

105.

106.-PLAINTIFF ALI AGHAEI HAD HIS BANK ACCOUNTS AND BUSINESS ACCOUNTS THEN INTEGRATED WITH INTUIT AND BILLPAY IN ORDER TO VIEW ALL TRANSFERS FROM BEGINNING TO END.

107.

108.-PAYMENTS BEGAN BEING TRANSFERRED TO JPMORGAN CHASE BANK, HOWEVER THE BANKER NICOLE D RAMOS WHO HAD HELPED OPENE THE ACCOUNT HAD BEEN "NO LONGER WITH THE BANK" FROM ONE DAY TO THE NEXT. WHICH PLAINTIFF BELIEVES IS FOR THE FACT SHE HELD UP TO HER FIDUCIARY RESPONSIBILITIES AND INFORMED MR. ALI AGHAEI THAT THERE HAD BEEN MULTIPLE ACCOUNTS AND CREDIT CARDS IN HIS BUSINESS NAME ALREADY.

109.

110.-PLAINTIFF WAS CONFUSED AND NOT SURE IF IT WAS A PART OF HOW BARCLAYS WAS GOING TO SETTLE THEIR AGREED DEBT.

111.

112.-PLAINTIFF MADE PAYMENTS TO THE IRS THROUGH EFTPS WHICH IS ELECTRIC FEDERAL TRANSFER PAYMENT SERVICES A WAY TO PAY TAXES.

113.

114.

115.-PAYMENTS FROM BANK OF AMERICA FOR $50 MILLION DOLLARS AND $70.5 MILLION DOLLARS TD BANK FOR 20 MILLION DOLLARS AND JPMORGAN CHASE FOR 4 PAYMENTS OF 5 MILLION DOLLARS HAVE BEEN SHOWN TO BE RECEIVED AND "SETTLED"

116.

117.

118.-BANKS HAVE DEMANDED A REFUND OF THE SETTLED PAYMENTS FROM EFTPS AND NOW LEAVES PLAINTIFF WITH NEARLY 200 MILLION DOLLARS IN PAYMENTS DUE WITH PENALTIES WITHOUT THE ABILITY TO USE EFTPS.

119.

- 17 -

120.-PLAINTIFF IS VERY VULNERABLE TO MORE ACTS OF CRIME NOT BEING ABLE TO BE HELPED OR OBTAIN AN ATTORNEY WITHOUT THE ABILITY TO USE ELECTRIC FUNDS AT ALL AND HAVING ALL OF HIS PERSONAL CASH TAKEN AND HELD BY A SET UP AT THE BANKS TO HAVE PLAINTIFF ILLEGALLY ARRESTED DEFRAUDING THE POLICE AND THE OTHER BANKS.

121.

122.-PLAINTIFF CALLED, EMAILED, WROTE AND FAXED THESE BANKS AND COMPANIES OVER 100 TIMES.

123.

124.-THE DEFENDANTS HAVE CONSTANTLY POINTED THE FINGERS GIVING PLAINTIFF THE RUN AROUND.

125.

126.-PLAINTIFF HAS EVIDENCE THAT HIS MONEY IS ILLEGALLY BEING SENT TO FRANCE BY INTUIT AND BILL.COM WITHOUT HIS AUTHORIZATION.

127.

128.-PLAINTIFF HAS DEMANDED BARCLAYS TO WIRE HIS FUNDS. THEY HAVE AGREED AND ALSO SAID TO HAVE ADDED PLAINTIFF TO ACCOUNTS HOWEVER NOTHING OF SUBSTANCE HAS TRULY TRANSPIRED.

129.

130.-PLAINTIFF WAS ARRESTED DUE TO BANK OF AMERICA AND JPMORGAN DENYING THE FACT THAT HE HAD ACCOUNTS WHEN CALLED BY OTHER BANKS TO CONFIRM THE CHECKS THAT INTUIT (THEIR PARTNERS) REQUIRED HIM TO USE.

131.

132.-PLAINTIFF WAS SENT TO JAIL FOR TWO DAYS AND CHARGED WITH 3 FELONIES. THE CHARGES WERE THEN DISMISSED AND REDUCED TO "DISORDERLY CONDUCT"

133.

134.-PLAINTIFF STILL HAS NOT BEEN GIVEN HIS BELONGINGS BACK WHICH INCLUDE A TREMENDOUS AMOUNT OF EVIDENCE WHICH WAS BEING USED FOR THIS CASE.

**135.ADDITION TO ALL PARAGRAPHS ABOVE AND BELOW**

136.COMES NOW the Plaintiff, ALI AGHAEI, and files this their Complaint against the parent companies and or owners and owning companies of the trade name(s) styled to the public as "Barclays", "Intuit", ," bill.com", "Early

Warning", "Stripe" and the owners of "Early Warning Services" and companies individually and/or collectively,

"Intuit, Inc.", "bill.com", "Early Warning Services, LLC," (the seven banks that own) Early Warning Services,

LLC, (see attached) "JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Citi, Citibank, Citigroup, Santander

Bank, N.A. and TD Bank, N.A. (see attached for remaining defendants) hereinafter referred to as "Defendants"

and in support thereof would show the following, towit:

137. That the Ali Aghaei is natural born United States citizen from the city of Manhattan Beach,  Los Angeles County
and the state of California

138.

139. That the Defendant, Barclays has a place of business Head Quartered in New York, NY and London England.

140.

141. That the defendants "Barclays", "Barclays Bank PLC, "Barclays PLC", "Barclays Capital Inc." "Barclays Bank
UK PLC", "Intuit, Inc.", "Intuit Payment Solutions", "bill.com, LLC," "Bill.com, Inc." "BillPay", "JPMorgan
Chase Bank", Chase Bank N.A. "Citi", "Citibank", "Citigroup", "TD Bank, N.A.," "Santander" "Santander Bank
N.A." "Early Warning Services", THE OWNERS of "Early Warning Services", "JPMorgan Chase Bank", Herein
after referred to as "Defendant" or collectively referred to as "Defendants"

142. COMPLAINT COMES NOW the Plaintiff, "Ali Aghaei", files this Complaint against "Defendants" individual-
ly, collectively, knowingly and willingly by board members, Fraud Department officers, and whomever had been
elected to handle the escalated cases for each Company as the Plaintiff has without a doubt made the full effort
and sent emails and or letters to each Defendant, also holding all owners and board members accountable where
the court sees fit.

143. Due to the defendants Barclays Leonardo Santini's cyberattack on plaintiffs' devices and the unlawful arrest due
to the monopolistic ways of the defendants, Plaintiff is with less evidence than would of liked, apologies to the
New York Courts and District courts of the United States for any unintentional mistakes and I, Ali Aghaei have a
great deal of evidence via audio, visual, email and text proving all that is alleged.

144. In the moments when James Edward Staley, Scott Cook, Sasan Goodzari, Jamie Dimon, Brian T Moynihan, in
their capacity as President, CEO and or Director of their companies being JPMorgan Chase, Bank of America,
Intuit and Barclays discovered that their company or employees were or had been engaging in conduct adverse to
the best interest of the United States of America, the country of which Mr. Ali Aghaei is from and has decided to
hold his wealth. In particular, it was discovered that Barclays and JPMorgan upper echelons had tortuously and
intentionally enticed or attempted to entice various employees of their own and several other financial institutions

- 19 -

that have partnerships through Early Warning to cease all business with Mr. Ali Aghaei and his businesses, had tortuously and intentionally enticed or attempted to entice banks and businesses not to do business with Mr. Ali Aghaei or to allow his company HAHA Global Inc. to see or be made aware of any performance for "his own benefit", and otherwise engaged in conduct which did or was intended to damage the economic viability of Mr. Ali Aghaei.

145. At all relevant times, Defendants had an obligation as an officer, director and or service manager of their Financial Institutions or Specialty Credit Reporting establishment to conduct themselves in a manner, at all times, consistent with the best interest of Mr. Ali Aghaei.

146. .

147. The allegations and enfrances of Paragraphs 1 through 64 set forth above are realleged in full and incorporated herein by reference.

148. Defendants have a fiduciary duty and are required to deal with clients and the citizens of the United States using utmost good faith, undivided loyalty and with inherent fairness. Defendants have breached their fiduciary duty to Mr. Ali Aghaei. Defendants have, currently are and will continue to engage in such conduct contrary to the best interest of the Plaintiff as well as the people and citizens of the United States of America under GOD.

149.

150. The allegations and enfranchise of Paragraphs 1 through 73 set forth above are realleged in full and incorporated herein by reference.

151.

152. Defendants have misappropriated, misused and otherwise, for their own illegal use, the proprietary data of Mr. Ali Aghaei.

153.

154.

155. The allegations and enfranchise of Paragraphs 1 through 80 set forth above are realleged in full and incorporated herein by reference.

156.    Defendant(s) has been unjustly enriched by the diversion of Plaintiffs assets, funds, property and materials and/or supplies and other benefits to himself at the expense of his agreement which can be seen on the first invoice for a total of $900,000,000,000 Nine Hundred Billion United States Dollars, and should be required to pay the interest as well as the type or form of currency in which the Plaintiff desires in the wake of all that has tran-

spired. The total amount diverted from Plaintiff being originally $450 Billion USD on December 7th 2018 was again diverted and misappropriated by the willingly and knowingly help and participation for the agreed $900 Billion between Barclays and Ali Aghaei which began with the first Electric Transfer on May 31, 2019 through September of 2019.

157.

158. The actions of Defendants in breaching their fiduciary duty, in intentionally and tortuously interfering with justice being pursued with Ali Aghaei's contracts, accounts and Banking access to electronically transfer his own monies in intentionally and tortuously interfering with Mr. Ali Aghaei's relations and asking him to write manual checks then not defend that truth, Plaintiff was arrested, in a bank, pleaded to officers to not kill him, over and over. Plaintiff had a flight planned next morning to his honeymoon with wife and instead he was processed and left in a cell while everyone eventually had gotten

159.

160. **COUNT**

161. The Defendant Barclays willfully and knowingly breached their contractual obligations and terms with Plaintiff which they were legally bonded to.

162.

163.

164.                                **COUNT**

165. That the Defendant and or his agents willfully, maliciously and intentionally inflicted emotional distress upon the Plaintiff without just cause with the intent of harming the Plaintiffs and as a direct and proximate cause of Defendant's and or their agents actions, the Plaintiffs were in fact irreparably harmed by the Defendant and or their agents.

166.

167.                                **COUNT**

168. That the Defendants and or their agents have intentionally, maliciously, and without just cause, neglected and ignored Plaintiff's attempts to contact multiple departments and upper echelons in order to resolve this crisis, attempt after attempt.

169. **COUNT**

170. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the

- 21 -

endeavor successful;

### 171.COUNT

172. The Defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibilities;

### 173.COUNT

174. Defendant Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a full-on monopoly of fraud and embezzlement which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank Of America, then JPMorgan and the list continues.

175.

### 176.COUNT

177. That the Defendant and or his agents have knowingly, intentionally, maliciously and without just cause, engaged in deceitful and felonious business practices with malice and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct cause thereof the Plaintiffs and their business have been irreparably harmed.

178.

179. On or about August 8th 2019 Plaintiffs mother had personally been to the headquarters of Intuit, Inc. and upon arrival was met with security and given a phone number to "the office of the president" Defendant had called and been told that they were aware and working on releasing plaintiffs funds however they would not allow a meeting and the assistant to the CEO Sasan Goodzari stated "he absolutely will not talk to strangers, you can let me know what to say and we'll get back to you".

180.

181. That as a result of Defendant's actions such as confirming transfers from Barclays had been deposited

and directing Plaintiff to issue manual check that had been provided by Intuit, Inc. displaying the Bank names and account numbers. The banks would be all a part of a scheme unknowingly to the Plaintiff at the time. The Plaintiff has been denied by Intuit, Inc. the ability to transact any of Plaintiffs own earnings electronically. Only TAX payments and two payments that were initiated by Plaintiff were successful, forced to retain several attorneys as well as wealth management advisors who are licensed professionals and have written letters and request which have been ignored or caused the plaintiffs accounts to be "restricted" these professionals have been on multiple calls with the defendants and have been witnesses to the defendants confirming funds are in fact in their banks and that plaintiff would simply need to step into a branch to show two forms of Identification in order to release the hold. Plaintiff and family had physically been to multiple locations of the defendants to be given the run around and have yet to release the funds owed to the plaintiff.

182.

183. On or about August 8th Plaintiffs mother had personally been to the headquarters of Intuit, Inc. and upon arrival was met with security and given a phone number to "the office of the president" Defendant had called and been told that they were aware and working on releasing plaintiffs funds however they would not allow a meeting and the assistant to the CEO Sasan Goodzari stated "he absolutely will not talk to strangers, you can let me know what to say and we'll get back to you" incurred cost Defendant is liable.

184. That as a result of Defendant's actions forced Plaintiff to retain several attorneys as well as wealth management advisors who are licensed professionals and have written letters and request which have been ignored or caused the plaintiffs accounts to be "restricted" these professionals have been on multiple calls with the defendants and have been witnesses to the defendants confirming funds are in fact in their banks and that plaintiff would simply need to step into a branch to show two forms of Identification in order to release the hold. Plaintiff and family had physically been to multiple locations of the defendants to be given the run around and have yet to release the funds owed to the plaintiff.

185.

### 186. COUNT

187. That the Defendant and or their agents have organized or attempted to create a monopoly which has shown the clear dangers through intentionally, maliciously and without just cause, engaging in bullying and deceitful business practices and slander with malicious intent and intentional fraud that were calculated to harm the Plaintiffs credit and their business. The plaintiff has been transferred over $125,000,000,000 One Hundred Twenty Five Billion United States Dollars and as initiated direct transfers through EFTPS Electric Federal Transfer Payment

Solutions who had confirmed the receipt and sent plaintiff confirmation receipt showing payments have settled for $50,000,000 Fifty Million United Stated Dollars. $70,500,000 Seventy Million Five Hundred Thousand Dollars from Bank of America account ending 8637. $20,000,000 Twenty Million United States Dollars From Plaintiffs Account at JPMorgan Chase ending 0313 the and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

188.

189. EFTPS has confirmed that once electric transfer is made from an account it would not show "Settled" until funds are received. Once received they then transfer the sum to the Internal Revenue Services. Plaintiff has now been told the funds had been requested to be "returned" and now has penalty fees in the Millions of dollars and bills from the IRS totaling nearly $200,000,000 Two Hundred Million United States Dollars.

190. **COUNT**

191. That the Defendants and or their agents have worked together with a well-planned out and organized plan to intentionally, maliciously and without just cause, engage in deceitful business practices that would ultimately cost the life of three by Plaintiffs inability to make any payments towards hospital treatment. The three individuals that have passed would have absolutely still been alive today had it not been for the past seven months of malicious misconduct and fraud by the defendants.

192.                                  **COUNT**

193. The Defendant Barclays willfully and knowingly claimed funds were being held at the Bank's "common account" which later on was discovered wasn't true. The Defendant and or their agents have intentionally, maliciously and without just cause, engaged in deceitful business practices and malicious and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

194.                                  **COUNT**

195. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

196.

197. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts

- 24 -

of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibilities;

198. It is an unfair or deceptive act or practice for multiple financial institution or companies that handle consumers financials directly or indirectly, to use their entrusted power ta form such a conflict of interest such as the seven (7) banks that own "Early Warning Services" dictating the score of any person, whether in whole or in part, be it the corresponding bank or credit card, company or any portion thereof. For purposes of this subdivision, "Early Warning"be to enable the withholding after the collecting of funds and to justify the issue of fraudulent claims which damages one personally and corporately. Unfair ability to prevent one from financial accessibility with claims seen by the greater portion of the financial services realm including financial lenders.

199.

### 200. COUNT

201. That the Defendant and or their beneficial affiliates have intentional, maliciously, and without just cause, slandered the Plaintiff's name, business and reputation to banks, financial institutions, credit reporting agencies and various other businesses within the extremely vast capacity and capabilities of each Defendant independently as well together as a unit by maliciously stating, displaying and dispersing false, fabricated statements about the Plaintiffs. Plaintiff's family, and the Plaintiff's business, and as a direct and proximate cause thereof the Defendant(s) and or their "third party" agents have irreparably harmed the Plaintiffs and his hopes of continuing to conduct respected business and earning income the only way the plaintiff has known how, which is maintaining a positive name within the transactional business realm.

202.

### 203. COUNT

204. The Defendants had a fiduciary duty and are required to deal with Mr. Ali Aghaei using utmost good faith, undivided loyalty and with inherent fairness. Defendants have breached their fiduciary duty to Mr. Ali Aghaei and his company and have engaged in conduct contrary to the best interest of Mr. Ali Aghaei.

### 205.    COUNT

206. That the Defendants and or their agents have intentional, maliciously, and without just cause, slandered the Plaintiff's names, business and reputations in the inner banking system by making knowingly false, malicious and

- 25 -

intentional statements about the Plaintiffs, inquiries of 200 + unauthorized attempts have been made by the owners of Early Warning Services which are seven of the leading banks around the world.

207.

208. Plaintiff's family, and the Plaintiff's business, and as a direct and proximate cause thereof the Defendants and or their agents have irreparably harmed the Plaintiff's personal life and business, HAHA Global, Inc.

209.                                    **COUNT**

210. The Defendant Barclays has been unjustly enriched by the Trillions, yet their hatred would cause them to deceive Plaintiff Mr. Ali Aghaei then knowingly and willingly to allow them to steal his personal name, money and freedom not even half of One Trillion is the diversion of transferred funds, materials and other benefits being to themselves at the expense of the people United States of America. It should be required to pay the portion per Defendant as court sees fit of the full amount diverted from it or the value of such funds, assets, materials, supplies and benefits.

211. The allegations and enfranchise of Paragraphs 1 through 15 set forth above are alleged in full and incorporated herein by reference.

                                       212. **COUNT**

213. That at all relevant times hereto, defendant's knew that Mr. Ali Aghaei was engaged in the final step of a business endeavor, and providing deposit accounts for the plaintiff with top security measures and maintenance being the Plaintiffs' top concern. Defendants were each made aware the magnitude of the situation and had been given adequate time to accept or deny the Plaintiffs business prior to establishing multiple accounts both personal and business. Barclays being the originating bank had been utilizing "Intuit QuickBooks Bank" as the company to keep precise bookkeeping while taking advantage of their additional services for Invoice Payments through the (Intuit owned) company "bill.com" & "BillPay" blinding the public of their investments, ownerships, influences and easily having companies to point the finger at when confronted about fraud, grand larceny, Identity Theft etc... this ordeal amongst the defendants would result in a major loss of Plaintiff Nigel Sherrys brother whom he'd expressed to Mr. Aghaei "if only the banks would have let go of your money, I could have paid for his treatments" knowing how much pressure the Plaintiff had Mr. Sherry kept his family battle to himself until the day of his brother he cared for dearly passing. business to Mr. Ali Aghaei, thereby causing irreparable injury to the personal and business future of the Plaintiff. The unlawful, despicable and embarrassing actions of these Defendant's were intentional in nature, were calculated to cause personal, physical, marital and financial damage to Mr. Ali Aghaei with full

knowledge that Plaintiffs wife had been pregnant with their first child. Two deaths from cancer patients who could have been treated, who's families should have had the time to allow them a chance at fighting back without the restrictions of funds of which I've owed to them as reimbursements. Cashing plaintiff two ambulance trips to the emergency room businesses without were reformed with the unlawful purpose of causing such damage and loss without any right or justifiable cause

214.**COUNT**

215.    INTERFERENCE WITH COMMERCE BY EXTORTION CONSISTING OF THREATS VIOLENCE OR FEAR (Title 18 U.S. Code 1951)

216. That at all times material to this complaint Plaintiff Ali Aghaei (whose property and person is being mis-treated due to the abuse of power and discriminatory acts) was engaged in international commodities, in both inter-state, and foreign commerce and an industry which affects both interstate and foreign commerce.

217.    That on or about December 7, 2018 through to or about January 3, 2019. While in the southern District of New York

218.    Defendant, "BARCLAYS", through their Vice President of International Wealth Corporate Clients, Toks Sotande -Peters hereinafter individually as "Defendant V.P." domiciled at the banks New York Headquarters

219.    BARCLAYS Forex platform operator and now Defendant "Babacar Youssoupha Diallo" herein after as "Defendant Babacar" who had been well aware of the conduct accordant to BARCLAYS fraud department.

220.    The Defendant Barclays did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant BARCLAYS did obtain and attempt to obtain intangible property from the Plaintiff as his es-crow agent happy to have him keep a portion of his wealth with BARCLAYS.

221.    On or about December 14, 2018 funds transferred from within BARCLAYS as a ledger transfer fully cleared and confirmed with a transfer receipt sent to him privately.

222.    The property of Plaintiff Mr. Ali A. with his consent having been induced by the wrongful use of abuse of power, actual threatened force of physical harm, violence and fear, including threats of economic harm of his Pay-ment being sent back minus the fees and worse if Plaintiff "even thought of going to the United Kingdom" he would be in "deep shit"

223.    The Plaintiff had received confirmation via email, phone conversation and text that, Defendant BARCLAYS did receive the transfer and BARCLAYS was "Fast Tracking" to have the agreed International Wealth Accounts

established and funds (inclusive of the payment owed to Plaintiff personally) further credited.

224.    The Vice President of International Wealth clients Toks Sotande-Peters domiciled at 745 Seventh Ave New York, NY 10011 and Harprit Singh Sandhu (licensed trader) of BARCLAYS would continue to breach their contract as well as their fiduciary duty by taking longer to respond or call Plaintiff back with each day that passed.

225.    Harprit Singh Sandhu and Babacar Youssoupha Diallo who would then have his assistant Michael Joseph Justice to verbally assault the Plaintiff with profanity, and new rules once Plaintiffs money had been cleared. BAR-CLAYS assistant Michael Joseph Justice made statements such as "YOU ARE NOT SUPPOSED TO CONTACT THE BANKER" this was not ever apart of the agreement verbally or in writing, only after the Plaintiffs transfer from a company Mr. Ali Aghaei had worked with and gave all his trade secrets and book of business to. BAR-CLAYS was simply chosen to be the escrow bank and further open accounts for Plaintiff because the funds sent were within a separate account at BARCLAYS.

226.**COUNT**

227.Conspiracy to Commit Wire Fraud (Title 18, United States Code, Sections 1030(b) and 3238)

228.From at least in or about March 15 2019 up to and including in or about October 20, 2019, in the Southern District of New York and elsewhere, Barclays and Intuit, and Bill.com,  the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343. 20. It was a part and object of the conspiracy that BARCLAYS and JPMorgan Chase Bank, Bank of America, Wells Fargo, Citi, Early Warning, GIACT, TD BANK, Santander Bank, the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of e-check, WIRE, ACH Bank transfer, Direct Debit with communication in interstate and foreign commerce, leaving notes within the systems of bankers computers for all to see when pulling up my account. Writings for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, BARCLAYS and INTUIT, BILL.COM AND EARLY WARNING AND GIACT engaged in a scheme together with others to fraudulently slander his name and company name, fraudulently reporting and inquiring on Plaintiffs account.

229.

230.On or about April 15 2019 BARCLAYS top I.T. engineer Mr. Leonardo Santini hacked Plaintiffs computer, obtained intellectual property and confidential business and technological information from victim companies by

remotely accessing through the Internet, and without authorization, the computers of the victims using stolen login credentials of victim employees. (Title 18, United States Code, Sections 1349 and 3238.)

231.

## 232. COUNT

233. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

234. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibilities ;

235. Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a full monopoly of fraud and embezzlement which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank Of America, then JPMorgan and the list continues.

## 236. COUNT

237. On or about September 25th the Defendants acts displayed on several credit reports requested by the Plaintiff as well as LifeLock a subscription purchased by the plaintiff to detect fraud, it had been made clear that Defendants have aided and abetted the Barclays during their acts of crime by use of fraudulent and defamation claims made and dispersed to over 2500 Twenty Five Hundred financial institution they report to regularly through the company, bank owned "Early Warning Services" in order to call their acts of Abuse, legal. Defendants should be punished as though they did commit the crime because they knowingly and willingly did and committed several other crimes along the way. At no point did any of the defendants have a right to conduct transfers or open accounts in Plaintiffs name or company name without Plaintiffs knowledge or acceptance. Plaintiff has made hundreds of attempts to correct the defendants which at first the plaintiff

- 29 -

was made to believe was a mistake however has found without a doubt to be intentional fraud.

238.**COUNT**

239.

240.The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifical-
ly with help of using the Early Warning Services intended to aid in the commission of the crime, for the pur-
pose of making the endeavor successful;

241.

242.The defendants took positive action to aid, and participated in some element of, the commission of the
crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plain-
tiff, his family, his wife who is currently four months pregnant and his business. To each person committing
these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of
the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a
duty and responsibility to provide Plaintiff their personal information, though some had been honest provid-
ing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dis-
honorable to their fiduciary responsibility;

243.

244.**COUNT**

245.Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had
been due to him but misused their power and their ability to begin what has now become a monopoly with fraud
and embezzlement madness which is all very well documented. Plaintiff holds audio, visual, documents and evi-
dence showing that the defendants have been instructing their agents to commit these acts alongside Barclays,
Bank Of America, then JPMorgan and the list continues.

246.To present day, beyond a reasonable doubt. In truth, the defendant knew about the crime, or the unlaw-
ful purpose of some element, it has made sufficient connection for the jury to convict.

247.**COUNT**

248.That the Defendant and or his agents have intentionally, maliciously and without just cause, engaged in
deceitful business practices and malicious and intentional fraud that were calculated to harm the Plaintiffs and
their business and as a direct and proximate cause thereof the Plaintiffs and their business have been irreparably
harmed.

249.

- 30 -

250. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

251. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibilities;

252.

253. Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a full-on monopoly of fraud and embezzlement which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank Of America, then JPMorgan and the list continues.

254.

255. Pattern of Racketeering Activity and Predicate Acts "Racketeering activity" encompasses, among other things, any act indictable for crimes enumerated under 18 U.S.C. § 1961(1)(B), which include, for purposes relevant to this case, acts of extortion and mail and/or wire fraud. A RICO pattern of racketeering activity "must consist of two or more predicate acts of racketeering."

256.        **COUNT**

257. Plaintiff Ali Aghaei, also known as the victim, has been forced to refuse over 20 times and remains to refuse taking a trip to the United Kingdom which Defendant Barclays had confirmed Plaintiffs funds to be as well as where the funds being transferred are shown to be electrically coming from. Plaintiff has been suffering without access to his funds however has been threatened to be physically harmed and wrongfully thrown in jail.

258. Here, the allegedly extortionate behavior is that by refusing to honor valid warranties, Defendant subjected consumer to fear that he could not have what was already agreed.

259.

260.

261.

262. Defendant Barclays willfully and knowingly breached their contractual obligations and terms with Plaintiff which they were legally bound to on several different occasions, agreements and duties.

263.

264. Defendant Barclays holds in an account Plaintiffs money and is being controlled by bank's upper echelons and or relationship managers "Direct Team East Midlands Barclays" with a $450,000,000,000 Four Hundred Billion United States Dollars or Euro or GBP which was transferred for further credit to Plaintiff first being transferred to a company wholly owned by Plaintiff on December 7, 2018 released to escrow account on December 14, 2019.

265.

266. On or about March 12, 2019. Defendant Barclays Upper Echelon (member of Barclays) and Plaintiff held a meeting with Plaintiff Ali Aghaei which was held at the Trump National Doral Miami in Florida

267.

268. During the meeting it was agreed that Plaintiff would like all of his funds in USD and boughten to the United States. Defendant had gotten the confirmation and explained it would be done through "recurring checks"

269.

270. On or about March 15, 2019 Barclays had sent the first (4) Four e-checks from their U.K. headquarters 1 Churchill Place UK E14 5HP totaling $1,809,200,000 USD

271.

272. Plaintiff did not have any history with e-checks. A meeting was set up for Plaintiff to meet with a Private Banker at JPMorgan Chase bank in New York

273.

274. On or about April 22, 2019, Plaintiff filed a lawsuit in New York Supreme court.

275.

276. On or about April 23, 2019 Defendant Barclays reached out to Plaintiff and attempted to set up a meeting in UK.

277.

278. Plaintiff denied the meeting due to Defendants private bankers and processors making life threats if he'd step in a branch in the UK also threatening jail, physical harm.

279.

280. On or about May 19th Plaintiff and Defendants agreed on double the amount originally owed totaling

$900,000,000,000 Nine Hundred Billion Dollars for all of the business lost and injuries caused by the Defendant Barclays due to negligence as well as Torturous breaches that had occurred. The agreement was and is contingent to a proper transfer of Plaintiffs monies in order to prevent further action against Barclays.

281.

282. On or about May 20, 2019 Plaintiff was directed to open an account and subscription with "Intuit", which he did.

283. Plaintiff was directed a QuickBooks Online Advance Full-Service Payroll account. Which was a service offered amongst many banks but particularly Bank of America as this had been QuickBooks Payroll's bank to send money and JPMorgan was said to be their "part-owner" to receive monies.

284.

285. $900,000,000,000 Nine Hundred Billion dollars owed to Plaintiff was made evident in nearly each and every invoice paid to leave no room for confusion.

286.

287. Defendants Intuit QuickBooks had stated they utilize "Bill.com" for all of their Money Movement and was provided as a service within the description.

288.

289. Once Plaintiff began receiving payments through invoices that had been set up for him, it would show Barclays being the "customer" who had "viewed" and "paid"

290.

291. Plaintiff Ali Aghaei had his bank accounts and business accounts then integrated with Intuit and BillPay in order to view all transfers from beginning to end.

292.

293. Payments began being transferred to JPMorgan Chase bank, however the banker Nicole D Ramos who had helped open the account had been "no longer with the bank" from one day to the next. Which Plaintiff believes is for the fact she held up to her fiduciary responsibilities and informed Mr. Ali Aghaei that there had been multiple accounts and credit cards in his business name already.

294.

295. Plaintiff was confused and not sure if it was a part of how Barclays was going to settle their agreed debt.

296. Plaintiff made payments to the IRS through EFTPS which is Electric Federal Transfer Payment Services a way to pay taxes.

297.

298. Payments from Bank of America for $50 Million Dollars and $70.5 Million Dollars TD Bank for 20 Million Dollars and JPMorgan Chase for 4 payments of 5 Million Dollars have been shown to be received and "SETTLED"

299. Banks have demanded a refund of the settled payments from EFTPS and now leaves plaintiff with nearly 200 Million dollars in payments due without the ability to use EFTPS.

300.

301. Plaintiff is very vulnerable to more acts of crime not being able to be helped or obtain an attorney without the ability to use electric funds at all and having all of his personal cash taken and held by a set up at the banks to have plaintiff illegally arrested defrauding the police and the other banks.

302.

303. Plaintiff called, emailed, wrote and faxed these Banks and companies over 300 times.

304.

305. The defendants have constantly pointed the fingers giving plaintiff the run around.

306.

307. Plaintiff has evidence that his money has been illegally being sent to France by Intuit and bill.com.

308.

309. Plaintiff has demanded Barclays to wire his funds. They have agreed and also said to have added plaintiff to accounts however nothing of substance has truly transpired.

310.

311. Plaintiff was arrested due to Bank of America and JPMorgan denying the fact that he had accounts when called by other banks to confirm the checks that Intuit (Their partners) required him to do.

312.

313. Plaintiff was sent to jail for two days and charged with 3 felonies. The charges were reduced to "Disorderly conduct"

314. Plaintiff still has not been given his belongings back which include a tremendous amount of evidence.

315.

316. COUNT

317. INTENTIONAL INFLICTION OF DISTRESS, NEGLIGENCE , GROSS NEGLIGENCE

318. the Defendant and or his agents willfully, maliciously and intentionally inflicted emotional distress upon the Plaintiff without just cause with the intent of harming the Plaintiffs and as a direct and proximate cause of Defendant's and their agents actions, the Plaintiffs were in fact irreparably harmed by the Defendant and or their

- 34 -

agents.

319.

320. That the Defendants and or their agents have intentionally, maliciously, and without just cause, neglected and ignored Plaintiff's attempts to contact multiple departments and upper echelons in order to resolve this crisis, attempt after attempt.

321.

322. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

323. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibilities ;

324.

325. Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a full on monopoly of fraud and embezzlement which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank Of America, then JPMorgan and the list continues.

326.

327. That the Defendant and or his agents have knowingly, intentionally, maliciously and without just cause, engaged in deceitful and felonious business practices with malice and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct cause thereof the Plaintiffs and their business have been irreparably harmed.

328. On or about August 8th 2019 Plaintiffs mother had personally been to the headquarters of Intuit, Inc. and upon arrival was met with security and given a phone number to "the office of the president" Defendant had called and

been told that they were aware and working on releasing plaintiffs funds however they would not allow a meeting and the assistant to the CEO Sasan Goodzari stated "he absolutely will not talk to strangers, you can let me know what to say and we'll get back to you".

329.

330. That as a result of Defendant's actions such as confirming transfers from Barclays had been deposited and directing Plaintiff to issue manual check that had been provided by Intuit, Inc. displaying the Bank names and account numbers. The banks would be all apart of a scheme unknowingly to the Plaintiff at the time. The Plaintiff has been denied by Intuit, Inc. the ability to transact any of Plaintiffs own earnings electronically. Only TAX payments and two payments that were initiated by Plaintiff were successful, forced to retain several attorneys as well as wealth management advisors who are licensed professionals and have written letters and request which have been ignored or caused the plaintiffs accounts to be "restricted" these professionals have been on multiple calls with the defendants and have been witnesses to the defendants confirming funds are in fact in their banks and that plaintiff would simply need to step into a branch to show two forms of Identification in order to release the hold. Plaintiff and family had physically been to multiple locations of the defendants to be given the run around and have yet to release the funds owed to the plaintiff.

331. That the Defendant and or their agents have organized or attempted to create a monopoly which has shown the clear dangers through intentionally, maliciously and without just cause, engaging in bullying and deceitful business practices and slander with malicious intent and intentional fraud that were calculated to harm the Plaintiffs credit and their business. The plaintiff has been transferred over $125,000,000,000 One Hundred Twenty Five Billion United States Dollars and as initiated direct transfers through EFTPS Electric Federal Transfer Payment Solutions who had confirmed the receipt and sent plaintiff confirmation receipt showing payments have settled for $50,000,000 Fifty Million United Stated Dollars. $70,500,000 Seventy Million Five Hundred Thousand Dollars from Bank of America account ending 8637. $20,000,000 Twenty Million United States Dollars From Plaintiffs Account at JPMorgan Chase ending 0313 the and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

332.

333. EFTPS has confirmed that once electric transfer is made from an account it would not show "Settled" until funds are received. Once received they then transfer the sum to the Internal Revenue Services. Plaintiff has now been told the funds had been requested to be "returned" and now has penalty fees in the Millions of dollars and bills from the IRS totaling nearly $200,000,000 Two Hundred Million United States Dollars.

334.

335. That the Defendants and or their agents have worked together with an well planned out and organized plan to intentionally, maliciously and without just cause, engage in deceitful business practices that would ultimately cost the life of three by Plaintiffs inability to make any payments towards hospital treatment. The three individuals that have passed would have absolutely still been alive today had it not been for the past seven months of malicious misconduct and fraud by the defendants.

336.

337. friend as well as and malicious and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct and proximate cause thereof the Plaintiffs and their business have been lied to multiple times by been irreparably harmed

338.

339. Honest Services Fraud, 18 U.S.C. § 1346 Comment

340.

341. All Defendants Schemed to deprive Plaintiff and his vendors, clients, assistants, partners and professionals of the intangible right of honest services by way of mail fraud as defendants knowingly and willingly continued to send vital mail for the Plaintiff to old addresses or addresses plaintiff made clear not to send to as Plaintiff was and is a victim of identity theft. bank fraud, wire fraud, fraud, by virtue of 18 U.S.C. § 1346.

342.

343. COUNT

344. Attempts to Interfere with Administration of Internal Revenue Laws,

345. 26 U.S.C. § 7212(a)—Obstruction Under the Omnibus Clause

346.

347. Defendant(s) Bank of America, JPMorgan Chase, TD Bank and Barclays corruptly tried and succeeded in the obstruction of payments shown as "settled" by Plaintiff to the administration of Internal Revenue Laws on dates the dates shown on receipts Bank of America unlawful requested a return of $50,000,000.00 USD and $70,500,000.00 USD JPMORGAN CHASE without the Plaintiffs request or acknowledgment demanded a return $5,000,000 USD on Four (4) separate occasions and TD BANK

- 37 -

Unlawfully demanded a return of $20,000,000 Twenty Million USD without a request from the owner of the currency which is the Plaintiff.

348. It is against federal law to even attempt to corruptly obstruct or impede the administration of Internal Revenue laws.

349.

350.

351. professional negligence:

352.

353. All defendants owed a special duty of care to the plaintiff based on their specialized skill as a professional bankers and or specialty credit reporting agents, and or money processors and the nature of their relationship to the client, such as giving sound financial advise or providing him with professional care and due process was not upheld and it is with the plaintiffs full belief to have been done intentionally.

354.

355. All of the defendants in this complaint, violated the duty of care they owed to the plaintiff.

356.

357. All of the defendants working in sync with one another were the actual and proximate cause of the Plaintiffs physical, emotional, mental and financial suffering, hardships and injuries and to this day defendants continue to ultimately block the plaintiff from transacting electronic means for even the slightest of purchases. All done without cause or a solution offered, explained.

358.

359. The Plaintiff through exhibits shows the amount of his funds that have been misappropriated by way of Defendants professional breach of duty with the efforts of each defendant collectively causing the Plaintiff to be incarcerated, defamed and in debt.

360.

361. For this the plaintiffs prayer for relief is for all funds displayed to be recovered and deposited to an account of the Plaintiff no later than Fourteen (14) days with all access details provided to the plaintiff directly.

362.

363. Also the plaintiff prays for all restrictions and or blocks in the future need a court order and reasoning prior to such a decision. Also, the Plaintiff request for the ability to transfer and or move his funds to an account that he feels and that will be provided at anytime

364.

365.

366.

367. Honest Services Fraud, 18 U.S.C. § 1346 Comment

368.

369. All Defendants Schemed to deprive Plaintiff and his vendors, clients, assistants, partners and professionals of the intangible right of honest services by way of mail fraud as defendants knowingly and willingly continued to send vital mail for the Plaintiff to old addresses or addresses plaintiff made clear not to send to as Plaintiff was and is a victim of identity theft. bank fraud, wire fraud, fraud, by virtue of 18 U.S.C. § 1346.

370.

371. Defendant(s) corruptly tried and succeeded in the obstruction of payments shown as "settled" by Plaintiff to the administration of Internal Revenue Laws on dates the dates shown on receipts Bank of America unlawful requested a return of $50,000,000.00 USD and $70,500,000.00 USD JPMORGAN CHASE without the Plaintiffs request or acknowledgment demanded a return $5,000,000 USD on Four (4) separate occasions and TD BANK Unlawfully demanded a return of $20,000,000 Twenty Million USD without a request from the owner of the currency which is the Plaintiff.

372.

373. Count

374. UNFAIR DECEPTIVE BUSINESS PRACTICES

- 39 -

375.

376. Defendant Barclays willfully and knowingly claimed funds were being held at the Bank's "common account" which later on was discovered wasn't true. The Defendant and or their agents have intentionally, maliciously and without just cause, engaged in deceitful business practices and malicious and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

377.

378. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

379.

380. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibility's ;

381.

382. Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a full on monopoly of fraud and embezzlement which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank of America, then JPMorgan and the list continues.

383.

384. It is an unfair or deceptive act or practice for multiple financial institution or companies that handle consumers financials directly or indirectly, to use their entrusted power ta form such a conflict of interest such as the seven (7) banks that own "Early Warning Services" dictating the score of any person , whether in whole or in part, be it the corresponding bank or credit card, company or any portion thereof. For purposes of this subdivision, "Early

- 40 -

Warning"be to enable the withholding after the collecting of funds and to justify the issue of fraudulent claims which damages one personally and corporately. Unfair ability to prevent one from financial accessibility with claims seen by the greater portion of the financial services realm including financial lenders.

385.

386. That the Defendant and or their beneficial affiliates have intentional, maliciously, and without just cause, slandered the Plaintiff's name, business and reputation to banks, financial institutions, credit reporting agencies and various other businesses within the extremely vast capacity and capability's of each Defendant independently as well together as a unit by maliciously stating, displaying and dispersing false, fabricated statements about the Plaintiffs. Plaintiff's family, and the Plaintiff's business, and as a direct and proximate cause thereof the Defendant(s) and or their "third party" agents have irreparably harmed the Plaintiffs and his hopes of continuing to conduct respected business and earning income the only way the plaintiff has known how, which is maintaining a positive name within the transactional business realm.

387.

388. The actions of Barclays' in breaching their fiduciary duty, in intentionally and tortiously interfering with Ali's employment contracts and in intentionally and tortiously interfering with Ali's customer relations, were done knowingly, willfully and intentionally or with reckless disregard for the rights of Ali and Affiliates, evidencing bad faith on the part of Barclays' and entitling Ali Aghaei to punitive damages. Ali Aghaei sues Barclays' Bank for punitive damages in the amount of 1 Trillion Dollars

389.

390. BREACH OF FIDUCIARY DUTY

391. COUNT

392.    TDefendants had a fiduciary duty and is required to deal with Mr. Ali Aghaei using utmost good faith, undivided loyalty and with inherent fairness. Defendants have breached their fiduciary duty to Mr. Ali Aghaei and his company's and has engaged in conduct contrary to the best interest of Mr Ali Aghaei

393.

394. COUNT

395. That the Defendants and or their agents have intentional, maliciously, and without just cause, slandered the Plaintiff's names, business and reputations in the inner banking system by making knowingly false, malicious and intentional statements about the Plaintiffs, inquiries of 200 + unauthorized attempts have been made by the owners of Early Warning Services which are seven of the leading banks around the world.

- 41 -

396. Plaintiff's family, and the Plaintiff's business, and as a direct and proximate cause thereof the Defendants and or their agents have irreparably harmed the Plaintiffs Personal life and their business, HAHA Global, Inc.

397.

398. COUNT

399. UNJUST ENRICHMENT

400. Barclays have been unjustly enriched by the Trillions, yet their hatred would cause them to deceive Plaintiff Mr. Ali Aghaei then knowingly and willingly allow their steal his personal name, money and freedom not even half of One Trillion The diversion of transferred funds, materials and other benefits being to themselves at the expense of the people United States of America and should be required to pay the portion per Defendant as court sees fit of the full amount diverted from it or the value of such funds, assets, materials, supplies and benefits. It is an unfair or deceptive act or practice for multiple financial institution or companies that handle consumers financials directly or indirectly, to use their entrusted power ta form such a conflict of interest such as the seven (7) banks that own "Early Warning Services" dictating the score of any person , whether in whole or in part, be it the corresponding bank or credit card, company or any portion thereof. For purposes of this subdivision, "Early Warning" be to enable the withholding after the collecting of funds and to justify the issue of fraudulent claims which damages one personally and corporately. Unfair ability to prevent one from financial accessibility with claims seen by the greater portion of the financial services realm including financial lenders.

401.

402. That the Defendant and or their beneficial affiliates have intentional, maliciously, and without just cause, slandered the Plaintiff's name, business and reputation to banks, financial institutions, credit reporting agencies and various other businesses within the extremely vast capacity and capability's of each Defendant independently as well together as a unit by maliciously stating, displaying and dispersing false, fabricated statements about the Plaintiffs. Plaintiff's family, and the Plaintiff's business, and as a direct and proximate cause thereof the Defendant(s) and or their "third party" agents have irreparably harmed the Plaintiffs and his hopes of continuing to conduct respected business and earning income the only way the plaintiff has known how, which is maintaining a positive name within the transactional business realm.

403.

404. The actions of Barclays' in breaching their fiduciary duty, in intentionally and tortiously interfering with Ali's employment contracts and in intentionally and tortiously interfering with Ali's customer relations, were done knowingly, willfully and intentionally or with reckless disregard for the rights of Ali and Affiliates, evidencing

bad faith on the part of Barclays' and entitling Ali Aghaei to punitive damages. Ali Aghaei sues Barclays' Bank

for punitive damages in the amount within Relief

405.

406. INTENTIONAL INTERFERENCE WITH BUSINESS

407. At all relevant times hereto, defendant's knew that Mr. Ali Aghaei was engaged in the final step of a business

endeavor, and providing deposit accounts for the plaintiff with top security measures and maintenance being the

Plaintiffs' top concern. Defendant's were each made aware the magnitude of the situation and had been given

adequate time to accept or deny the Plaintiffs business prior to establishing multiple accounts both personal and

business. Barclays being the originating bank had been utilizing "Intuit QuickBooks Bank" as the company to

keep precise bookkeeping while taking advantage of their additional services for Invoice Payments through the

(Intuit owned) company "bill.com" & "BillPay" blinding the public of their investments, ownerships, influences

and easily having companies to point the finger at when confronted about fraud, grand larceny, Identity Theft

etc... this ordeal amongst the defendants would result in a major loss of Plaintiff Nigel Sherrys brother whom he'd

expressed to Mr. Aghaei "if only the banks would have let go of your money, I could have paid for his treatments"

knowing how much pressure the Plaintiff had Mr. Sherry kept his family battle to himself until the day of his

brother he cared for dearly passing. business to Mr. Ali Aghaei, thereby causing irreparable injury to the personal

and business future of the Plaintiff. The unlawful, despicable and embarrassing actions of these Defendant's were

intentional in nature, were calculated to cause personal, physical, marital and financial damage to Mr. Ali Aghaei

with full knowledge that Plaintiffs wife had been pregnant with their first child. Two deaths from cancer patients

who could have been treated, who's family's should have had the time to allow them a chance at fighting back

without the restrictions of funds of which I've owed to them as reimbursements. Cashing plaintiff two ambulance

trips to the emergency room businesses without were reformed with the unlawful purpose of causing such damage

and loss without any right or justifiable cause

408.

409.

410.

411. That the Defendant and or his agents have intentionally, maliciously and without just cause, engaged in deceitful

business practices and malicious and intentional fraud that were calculated to harm the Plaintiffs and their

business and as a direct and proximate cause thereof the Plaintiffs and their business have been irreparably

harmed.

- 43 -

412.

413. That as a result of Defendant's actions Plaintiffs forced to retain several attorneys as well as wealth management advisors who are licensed professionals and have written letters and request which have been ignored or caused the plaintiffs accounts to be "restricted" these professionals have been on multiple calls with the defendants and have been witnesses to the defendants confirming funds are in fact in their banks and that plaintiff would simply need to step into a branch to show two forms of Identification in order to release the hold. Plaintiff and family had physically been to multiple locations of the defendants to be given the run around and have yet to release the funds owed to the plaintiff.

414.

415. On or about August 8th Plaintiffs mother had personally been to the headquarters of Intuit, Inc. and upon arrival was met with security and given a phone number to "the office of the president" Defendant had called and been told that they were aware and working on releasing plaintiffs funds however they would not allow a meeting and the assistant to the CEO Sasan Goodzari stated "he absolutely will not talk to strangers, you can let me know what to say and we'll get back to you" incurred cost Defendant is liable.

416.

417. That as a result of Defendant's actions Plaintiffs forced to retain several attorneys as well as wealth management advisors who are licensed professionals and have written letters and request which have been ignored or caused the plaintiffs accounts to be "restricted" these professionals have been on multiple calls with the defendants and have been witnesses to the defendants confirming funds are in fact in their banks and that plaintiff would simply need to step into a branch to show two forms of Identification in order to release the hold. Plaintiff and family had physically been to multiple locations of the defendants to be given the run around and have yet to release the funds owed to the plaintiff.

418.

419. That the Defendant and or their agents have organized or attempted to create a monopoly which has shown the clear dangers through intentionally, maliciously and without just cause, engaging in bullying and deceitful business practices and slander with malicious intent and intentional fraud that were calculated to harm the Plaintiffs credit and their business. The plaintiff has been transferred over $125,000,000,000 One Hundred Twenty Five Billion United States Dollars and as initiated direct transfers through EFTPS Electric Federal Transfer Payment Solution's who had confirmed the receipt and sent plaintiff confirmation receipt showing payments have settled for $50,000,000 Fifty Million United Stated Dollars. $70,500,000 Seventy Million Five Hundred Thousand Dollars

from Bank of America account ending 8637. $20,000,000 Twenty Million United States Dollars From Plaintiffs Account at JPMorgan Chase ending 0313 the and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

420.

421. EFTPS has confirmed that once electric transfer is made from an account it would not show "Settled" until funds are received. Once received they then transfer the sum to the Internal Revenue Services. Plaintiff has now been told the funds had been requested to be "returned" and now has penalty fees in the Millions of dollars and bills from the IRS totaling nearly $200,000,000 Two Hundred Million United States Dollars.

422. On or about Plaintiff

423.

424. That the Defendants and or their agents have worked together with an well planned out and organized plan to intentionally, maliciously and without just cause, engage in deceitful business practices that would ultimately cost the life of three by Plaintiffs inability to make any payments towards hospital treatment. The three individuals that have passed would have absolutely still been alive today had it not been for the past seven months of malicious misconduct and fraud by the defendants friend as well as and malicious and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct and proximate cause thereof the Plaintiffs and their business have been lied to multiple times by been irreparably harmed

425.

426. COUNT

427. INTERFERENCE WITH COMMERCE BY EXTORTION CONSISTING OF

428. THREATS VIOLENCE OR FEAR Title 18 U.S. Code 1951

429. That at all times material to this complaint Plaintiff (whose property and person is being mistreated due to the abuse of power and discriminatory acts) was engaged in international commodities, in both interstate, and foreign commerce and an industry which affects both interstate and foreign commerce.

430.

431. That on or about December 7, 2018 through to or about January 3, 2019. While in the southern District of New York

432. Defendant, "BARCLAYS", through their Vice President of International Wealth Corporate Clients, Toks Sotande -Peters hereinafter individually as "Defendant V.P." domiciled at the banks New York Headquarters

433.

- 45 -

434. BARCLAYS Forex platform operator and now Defendant "Babacar Diallo" herein after as "Defendant Babacar" and the CEO who had been well aware of the conduct accordant to BARCLAYS fraud department.

435. Defendants Barclays did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant BARCLAYS did obtain and attempt to obtain intangible property from the Plaintiff as his escrow agent happy to have him keep a portion of his wealth with BARCLAYS.

436.

437. On or about December 14, 2018 funds transferred from within BARCLAYS as a ledger transfer fully cleared and confirmed with a transfer receipt sent to him privately.

438.

439. The property of Plaintiff Mr. Ali A. with his consent having been induced by the wrongful use of abuse of power, actual threatened force of physical harm, violence and fear, including threats of economic harm of his Payment being sent back minus the fees and worse if Plaintiff "even thought of going to the United Kingdom" he would be in "deep shit"

440.

441. The Plaintiff had received confirmation via email, phone conversation and text that, Defendant BARCLAYS did receive the transfer and BARCLAYS was "Fast Tracking" to have the agreed International Wealth Accounts established and funds (inclusive of the payment owed to Plaintiff personally) further credited.

442.

443. The Vice President of International Wealth clients Toks Sotande-Peters domiciled at 745 Seventh Ave New York, NY 10011 and Harprit Singh Sandhu (licensed trader) of BARCLAYS would continue to breach their contract as well as their fiduciary duty by taking longer to respond or call Plaintiff back with each day that passed.

444.

445. Harprit and  message Babacar Diallo who would then have his assistant Michael Justice to verbally assault the Plaintiff with profanity, and new rules once Plaintiffs money had been cleared. BARCLAYS assistant Michael Justice made statements such as "YOU ARE NOT SUPPOSED TO CONTACT THE BANKER" this was not ever apart of the agreement verbally or in writing, only after the Plaintiffs transfer from a company Mr. Ali Aghaei had worked extremely close with and gave all his trade secret and book of business to. BARCLAYS was

simply chosen to be the escrow bank and further open accounts for Plaintiff because the funds sent were within a separate account at BARCLAYS.

446.

447. Conspiracy to Commit Wire Fraud

448. The allegations contained in all paragraphs of this complaint are repeated and realleged as if fully set forth herein.

449. From at least in or about March 15 2019 up to and including in or about October 20, 2019, in the Southern District of New York and elsewhere, Barclays and Intuit, and Bill.com, the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343. 20. It was a part and object of the conspiracy that BARCLAYS and JPMorgan Chase Bank, Bank of America, Wells Fargo, Citi, Early Warning, GIACT, TD BANK, Santander Bank, the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of e-check, WIRE, ACH Bank transfer, Direct Debit with communication in interstate and foreign commerce, leaving notes within the systems of bankers computers for all to see when pulling up my account.

450.

451. BARCLAYS and INTUIT, BILL.COM AND EARLY WARNING AND GIACT engaged in a scheme together with others to fraudulently slander his name and company name, fraudulently reporting and inquiring on Plaintiffs account.

452.

453. On or about April 15 2019 BARCLAYS top I.T. engineer Mr. Leonardo Santini hacked Plaintiffs computer, obtained intellectual property and confidential business and technological information from victim companies by remotely accessing through the Internet, and without authorization, the computers of the victims using stolen login credentials of victim employees. (Title 18, United States Code, Sections 1349 and 3238.)

454.

455. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

- 47 -

456. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibility's ;

457.

458. Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a full on monopoly of fraud and embezzlement which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank Of America, then JPMorgan and the list continues.

459.

460.

461. Aiding and Abetting

462. 18 U.S.C. Section 2(a)

463.

464. On or about September 25th the Defendants acts displayed on several credit reports requested by the Plaintiff as well as LifeLock a subscription purchased by the plaintiff to detect fraud, it had been made clear that Defendants have aided and abetted the Barclays during their acts of crime by use of fraudulent and defamation claims made and dispersed to over 2500 Twenty Five Hundred financial institution they report to regularly through the company, bank owned "Early Warning Services" in order to call their acts of Abuse, legal. Defendants should be punished as though they did commit the crime because they knowingly and willingly did and committed several other crimes along the way. At no point did any of the defendants have a right to conduct transfers or open accounts in Plaintiffs name or company name without Plaintiffs knowledge or acceptance. Plaintiff has made hundred of attempts to correct the defendants which at first the plaintiff was made to believe was a mistake however has found without a doubt to be intentional fraud.

465.

466.

467. AID IN THE COMMISSION OF A CRIME

468.

469. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

470.

471. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibility's ;

472.

473.

474. Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a monopoly with fraud and embezzlement madness which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank Of America, then JPMorgan and the list continues.

475.

476. actually committed the underlying crime.

477. To present day, beyond a reasonable doubt. In truth, the defendant knew about the crime, or the unlawful purpose of some element, it has made sufficient connection for the jury to convict.

478.

479. ACCESSORY BEFORE AND AFTER THE FACT / ACCOMPLICE

480. That the Defendant and or his agents have intentionally, maliciously and without just cause, engaged in deceitful business practices and malicious and intentional fraud that were calculated to harm the Plaintiffs and their

- 49 -

business and as a direct and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

481.

482. The Defendants Barclays, JPMorgan Chase Bank, Intuit, Inc. bill.com, and Bank of America specifically through the Early Warning Services intended to aid in the commission of the crime, for the purpose of making the endeavor successful;

483. The defendants took positive action to aid, and participated in some element of, the commission of the crime, and the level of participation has willfully and knowingly been tremendously detrimental to the Plaintiff, his family, his wife who is currently four months pregnant and his business. To each person committing these acts of fraud and simply reading the messages from the screen that the upper echelons and owners of the businesses leave for them, it has been explained to them by plaintiff on several occasions that they had a duty and responsibility to provide Plaintiff their personal information, though some had been honest providing details which Confirmed the amounts of funds transferred, the others have continued to do as told, dishonorable to their fiduciary responsibility's ;

484. Barclays had intended on deceptively making it seems as though Plaintiff had been being paid what had been due to him but misused their power and their ability to begin what has now become a full on monopoly of fraud and embezzlement which is all very well documented. Plaintiff holds audio, visual, documents and evidence showing that the defendants have been instructing their agents to commit these acts alongside Barclays, Bank Of America, then JPMorgan and the list continues.

485. That the Plaintiffs, **Ali Aghaei**, is an adult resident and citizens of the United States of America,

486. That the Plaintiff, Ali Aghaei, is a natural born American citizen born and raised in **Los Angeles** County, in the state of **California**, on the 8th day of November in the year 1989. Mr. Ali Aghaei is a partial owner of family business HAHA Inc. a business in good standing since 1991. Mr. Ali Aghaei is Founder, President and Majority shareholder of HAHA Global Inc. a separate entity formed with the intentions of expanding the already domestically successful family owned business HAHA to be internationally present..

487.

488. That the Defendant and or their beneficial affiliates willfully, maliciously and intentionally inflicted emotional distress upon the Plaintiffs without just cause with the intent of harming the Plaintiffs and as a direct and proximate cause of Defendant's and or their approved staff. Plaintiff is in fact irreparably harmed by the Defendant and or his agents. That the Defendant and or their beneficial affiliates have intentional, maliciously, and without just cause,

slandered the Plaintiff's name, business, and reputation with nearly all banks, financial institutions, credit reporting agencies, essentially any business that uses a bank. Virtually all which is why Plaintiff feels the need to elaborate and expose what's happened to him and to help make sure this monopoly does not continues. With the power that comes holding on to our (the consumer) money, tender, cash, currency, fiat, coin etc...should never be used (in my opinion) by these banks in direct competition with the very same consumers who will ultimately turn back and deposit the money into what One good thing about "Early Warning" is it gave us just that, an Early Warning, a wake up call. Of just how deceptive and conflicting, power hungry, deceptively strategic their focus is and has been for the Global Domination that Barclays has been attempting since the purchase (steal) of the alongside with the Morgan's, have been and will continue to be unless a scenario that I've had the help to put myself in was ever to happen again. This money that's owed to me is clearly owed to me, the question is why are the banks so worried? Is it because they care about their customers? I highly doubt it...Its because they know their monopoly would begin to be actually coming to an end when the American people have more affordable, trusting, consumer driven and consumer monitored, with the focus being to allow the entrepreneurs who have the desire to pursue a passion, a trade, not in the way that has hopefully brought to the light, just that, an Early Warning of what's to come if we allow end to within the extremely vast capacity and capability's of each Defendant independently as well together as a unit by maliciously stating, displaying and dispersing false, fabricated statements about the Plaintiffs. Plaintiff's family, and the Plaintiff's business, and as a direct and proximate cause thereof the Defendant(s) and or their "third party" agents have irreparably harmed the Plaintiffs and his hopes of continuing to conduct respected business and earning income the only way the plaintiff has known how, which is maintaining a positive name within the transactional business realm.

489.

490.                                        COUNT

491.

492.    That the Defendant and or his agents have intentionally, maliciously and without just cause, engaged in deceitful business practices and malicious and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

493. Both aiding and abetting, and acting as an accessory to a crime, are illegal acts. Specific laws regarding these actions vary by jurisdiction, and the definitions overlap in some ways, leading to their interchangeable use. There are differences between aiding and abetting, and accessory, however.

494. Aiding – the giving of assistance or support to someone else in their commission of a crime.

495. Abetting – the encouragement, or motivating someone to commit a crime. This may include rabble-rousing, goading, and instigating someone, or a crowd, to commit an illegal act.

496. Accessory – a person who actually assists in the commission of a crime committed primarily by someone else. In most jurisdictions, the law distinguishes between an accessory after the fact, and an accessory before the fact, lending additional prosecutorial power.

497. COUNT

498. Section 2 of the Sherman Act CIVIL ACTION CLAIM AGAINST ALL DEFENDANTS INDIVIDUALLY OR AS A WHOLE

499. makes it unlawful for a company to "monopolize, or attempt to monopolize," trade or commerce.18 U.S.C. §§ 1961-1968) The actions of Barclays' in breaching their fiduciary duty, intentionally and tortiously interfering with Plaintiffs income for services rendered after the fact, and in intentionally and tortiously interfering with Ali's customer relations, done knowingly, willfully and intentionally or with reckless disregard for the rights of Mr. Ali Aghaei or his business relationships, evidencing bad faith on the part of Barclays' and entitling Plaintiff to punitive damages. Plaintiff sues Barclays for punitive damages in the amount of 20,000 Metric Tons of Gold Bullion Bars exchanged in order to punish Barclays upper echelons for their direct actions and to deter such activities by Barclays in the future.

500.

501. At all relevant times hereto, defendant's knew that Mr. Ali Aghaei was engaged in the final step of a business endeavor, and providing deposit accounts for the plaintiff with top security measures and maintenance being the Plaintiffs' top concern. Defendant's were each made aware the magnitude of the situation and had been given adequate time to accept or deny the Plaintiffs business prior to establishing multiple accounts both personal and business. Barclays being the originating bank had been utilizing "Intuit QuickBooks Bank" as the company to keep precise bookkeeping while taking advantage of their additional services for Invoice Payments through the (Intuit owned) company "bill.com" & "BillPay" blinding the public of their investments, ownerships, influences and easily having companies to point the finger at when confronted about fraud, grand larceny, Identity Theft etc... this ordeal amongst the defendants would result in a major loss of Plaintiff Nigel Sherrys brother whom he'd expressed to Mr. Aghaei "if only the banks would have let go of your money, I could have paid for his treatments" knowing how much pressure the Plaintiff had Mr. Sherry kept his family battle to himself until the day of his brother he cared for dearly passing. business to Mr. Ali Aghaei, thereby causing irreparable injury to the personal

and business future of the Plaintiff. The unlawful, despicable and embarrassing actions of these Defendant's were intentional in nature, were calculated to cause personal, physical, marital and financial damage to Mr. Ali Aghaei with full knowledge that Plaintiffs wife had been pregnant with their first child. Two deaths from cancer patients who could have been treated, who's family's should have had the time to allow them a chance at fighting back without the restrictions of funds of which I've owed to them as reimbursements. Cashing plaintiff two ambulance trips to the emergency room businesses without were reformed with the unlawful purpose of causing such damage and loss without any right or justifiable cause

502.

503. PRAYER FOR RELIEF

504.

505. WHEREFORE, PREMISES CONSIDERED, Plaintiff, Mr. Ali Aghaei prays that summons is issued against the Defendants Barclays, Intuit, bill.com, Bank of America, JPMorgan Chase, Citi, Wells Fargo, Santander and Early Warning that the Defendant's be cited to appear and answer the aforementioned questions in the presents of the courts, or that the that on the final judgement, Plaintiff have judgment entered against the Defendant's to restore and wire transfer the amount of $900,000,000,000 Nine Hundred Billion United States Dollars In tranches beginning November 8, 2019 or whichever date the courts sees fit, to an account of the defendant Mr. Ali Aghaei (ONLY) which will be provided by Mr. Ali Aghaei, once defendant has the ability to obtain one again.

506.

507. AND, Plaintiff, Mr. Ali Aghaei prays to have judgment entered against Defendant Barclays,

508. Separate and in addition to the above mentioned prayer for **relief,** Exchange from Aston Brooks International Sandhu and Wurmser Ltd. Great British Pound (GBP) account ending **1490**  and or the provided Euro (EUR) account ending **7088 - Twenty Thousand (20,000) Metric Tons of Gold Bullion Bars.** All Dimensions and minimum Quality being as shown in bold below. The delivery method following the instructions contained in the LBMA document titled *"The Good Delivery Rules for Gold and Silver Bars: Specifications for Good Delivery Bars and Application Procedures for Listing."* and the quality

509. **Fineness: minimum of 995.0 <u>parts per thousand</u> fine gold, Marks: <u>serial number</u>, refiner's <u>hallmark</u>, fineness, year of manufacture, Gold content: 350–430 troy ounces (11–13 kg) Dimensions, Length (top): 210–290 mm (~8.3–11.4 inches), Width (top): 55–85 mm (~2.2–3.3 inches), Height: 25–45 mm (~1–1.8 inches.**

510. *The demonstration of how manipulative and powerful the defendant's have become regarding electronic currency after nearly having his entire life's work and future business destroyed by the attempted hijacking of Plaintiffs*

- 53 -

*funds, personal and business names, book of business and freedom literally stolen from him is reason as to why Plaintiff has prayed for such judgement. Plaintiff will forever live in fear his electronic fiat currency identity and freedom may one day again be taken from him until this time of corruption has passed.*

511.

512. more so now with the over 200 accounts produced illegally in Plaintiffs name to transferring his funds to France in front of Plaintiffs face "with nearly nothing and nearly no one to help it had felt". Plaintiff of the possibility to have peace of mind with only electric funds. Twenty Thousand (20,000) Metric Tons in actual damages for monies lost for this past year as well as the business that is lost for the remainder of Plaintiffs life feeling unsafe not only in Europe but in plaintiffs own home country which can be verified by listening to the NYPD recording of his arrest due to Intuit, bill.com, BillPay, Early Warning and Bank of America's "strategic alliance" fraudulent statements defraud the constantly worried his life, finances and more which plaintiff chooses not to put on record hijacking of my personal name and business name in the system with over 200 accounts as well as a hope to bring a sense of security back without fear of one day having my electric funds stolen again or my electronic switch turned off. With beginning November 8, 2019 or whichever date the courts sees fit, to allocation accounts of the defendant Mr. Ali Aghaei (ONLY) which account details will be provided by Mr. Ali Aghaei to Chambers for the deliverance to Barclays in order to prevent any further Identity Theft or Fraud.

513.

514. 20,000 Metric Tons of Gold in actual damages and in the amount of $500,000,000,000 in punitive damages, plus whatever the court sees lawfully due, and owed to the Plaintiff by law as well as all costs of Court incurred herein.

515.

516. AND, Plaintiff, Mr. Ali Aghaei prays for such other general or special relief to which it may be entitled under the circumstances. Mr. Ali Aghaei prays for an immediate release and access to his funds that have been transferred to the United States, shown to be in excess of $100,000,000,000 One Hundred Billion United States Dollars with the opportunity and ability to demand a wire transfer to a new and more secure account established for Mr. Ali Aghaei at any other bank within the United States.

517.

518. AND, Plaintiff, Mr. Ali Aghaei prays for the ability, without resistance, through means of a licensed forensic accountant, have at minimum Twelve (12) Months allow access to the unbiased, third party, licensed professional chosen by the plaintiff or the courts into the defendants databases which are by law to have retained all processed

data for a minimum of Seven (7) years in an effort to pursue the possibility of securing The Plaintiffs name and names of his effected businesses.

519. AND, Plaintiff, Mr. Ali Aghaei being permanently scarred in fear of being hijacked of all electronic funds once again as well as ever traveling to Europe or public in fear of being illegally incarcerated prays that Barclays Bank deliver the equivalent to half of the amount that is decided to be due to him be in the form of Bullion In accordance to the

520. Fineness: minimum of 995.0 parts per thousand fine gold

521. Marks: serial number, refiner's hallmark, fineness, year of manufacture

522. Gold content: 350–430 troy ounces (11–13 kg)

523. Recommended dimensions

524. Length (top): 210–290 mm (~8.3–11.4 inches)

525. Width (top): 55–85 mm (~2.2–3.3 inches)

526. Height: 25–45 mm (~1–1.8 inches)

527.

528. Plaintiff Mr. Ali Aghaei prays for half defendants Barclays to Good Delivery specification is contained in the LBMA document titled *The Good Delivery Rules for Gold and Silver Bars: Specifications for Good Delivery Bars and Application Procedures for Listing*. The document includes specific requirements regarding the fineness, weight, dimensions, appearance, marks, and production of gold and silver bars. It specifies procedures for weighing, packing, and delivery. It also describes policies for ensuring refiners' compliance with the specifications.

529. PLAINTIFF PRAYS THAT THE BELOW MENTIONED BANKS IMMEDIATELY PAY THE AMOUNTS SHOWN BELOW ON PLAINTIFFS BEHALF TO THE IRS TOWARDS HIS ESTIMATED PERSONAL TAX

530. Defendant(s) Bank of America, JPMorgan Chase, TD Bank and Barclays corruptly tried and succeeded in the obstruction of payments shown as "settled" by Plaintiff to the administration of Internal Revenue Laws on dates the dates shown on receipts Bank of America unlawful requested a return of $50,000,000.00 USD and $70,500,000.00 USD JPMORGAN CHASE without the Plaintiffs request or acknowledgment demanded a return $5,000,000 USD on Four (4) separate occasions and TD BANK Unlawfully demanded a return of $20,000,000 Twenty Million USD without a request from the owner of the currency which is the Plaintiff.

531.    THIS, THE _____ DAY OF _____, _____.

532.

533.                                                    Respectfully submitted,

534.

535.                              _____

**536.**

**537.**

538. Fineness: minimum of 995.0 <u>parts per thousand</u> fine gold, Marks: <u>serial number</u>, refiner's <u>hallmark</u>, fineness,

year of manufacture, Gold content: 350–430 troy ounces (11–13 kg) Dimensions, Length (top): 210–290 mm

(~8.3–11.4 inches), Width (top): 55–85 mm (~2.2–3.3 inches), Height: 25–45 mm (~1–1.8 inches)

539.

540.

## PLAINTIFFS QUESTIONS FOR DEFENDANT'S TO ANSWER

I,          Has Ali Aghaei, the Plaintiff, questions as follows:

Have I, Ali Aghaei or through my company HAHA Global, Inc.;

1.          Made physical, verbal or written contact expressing my concerns and seeking for a reason your company's
have not released my funds at minimum 25 times or more.

541. Explanation: Your BANK OR company issue Mr. Ali Aghaei a Written or Electronic payment and or deposit

confirmation of at minimum $950,000,000

**Defendant Signature**                **Date**

Defendant Name:
Address:
Phone:
Email:
Fax:

                    PLAINTIFF & DEFENDANTS LIST FOR
          COMPLAINT AND RELIEF FOR CIVIL CASE 1:19CV04749


        I.    The Parties to This Complaint

**A.    The Plaintiff**

Name                           ALI AGHAEI

Street Address                 1127 8th Street Manhattan Beach, CA
                               90266-6011

Telephone Number               310-648-2707

E-mail Address                 ali.aghaei@hahaglobalinc.com

**B.    The Defendant(s)**

1.        Name                 Barclays Bank UK PLC

          Street Address       1 Churchill Place London, E14 5HP

          Telephone Number

          E-mail Address       Jes.staley@barclays.com
                               directteameastmidlands@barclayscorp.-
                               com

2.        Name                 **bill.com**

          Job or Title *(if     Payment Processing Services
known)*

          Street Address       1810 Embarcadero Rd., Palo Alto, Cali-
                               fornia 94303-3308

          Telephone Number     877-345-2455

          E-mail Address       help@hq.bill.com
*(if known)*

          Defendant No. **3**

3.        Name                 **Early Warning**

          Job or Title *(if     Specialty Reporting Agency & Payment
known)*                        Processing Services

          Street Address       16552 N 90th St Ste 100, Scottsdale,
                               AZ, 85260-1619

          Telephone Number     800-745-1560

          E-mail Address       support@stripe.com
*(if known)*

          Defendant No. **4**

          Name                 **Bank of America Corporation**

| | | |
|---|---|---|
| | Job or Title *(if known)* | Financial Institution |
| | Street Address | 100 North Tryon St Ste 220, Charlotte, NC 28202-4031 |
| | Telephone Number | 800-432-1000 |
| | E-mail Address *(if known)* | liam.e.mcgee@bankofamerica.com |

Defendant No. **6**

| | | |
|---|---|---|
| | Name | **JPMorgan Chase & Co.** |
| | Job or Title *(if known)* | Financial Institution |
| | Street Address | 270 Park Ave, New York, NY 10017-2014 |
| | Telephone Number | 704-386-5681 |
| | E-mail Address *(if known)* | liam.e.mcgee@bankofamerica.com |

Defendant No. **7**

| | | |
|---|---|---|
| | Name | **CitiBank** |
| | Job or Title *(if known)* | Financial Institution |
| | Street Address | 399 Park Ave, New York, NY 10022-4614 |
| | Telephone Number | (800) 285-3000 & (800) 667-8424 |
| | E-mail Address *(if known)* | veronica.v.viteri@citi.com |

Defendant No. **8**

| | | |
|---|---|---|
| | Name | **Santander** |
| | Job or Title *(if known)* | Holding Company & Financial Institution |
| | Street Address | 75 State St, Boston, MA 02109-1827 |
| | Telephone Number | 618-757-3410 |
| | E-mail Address *(if known)* | fiordaliza.almonte@santander.com |

Defendant No. **9**

| | | |
|---|---|---|
| | Name | **TD Bank** |

| | | |
|---|---|---|
| | Job or Title *(if known)* | Financial Institution |
| | Street Address | 10 Great Falls Plz, Auburn, ME 04210-5915 |
| | Telephone Number | 802-658-1010  &  800-742-2651 |
| | E-mail Address | kacheng.chan@tdbank.com |

*(if known)*

542. REMEDY / RELIEF

543.     WHEREFORE, PREMISES CONSIDERED AND CAUSE SHOWN, Plaintiff, Mr. Ali Aghaei prays that summons is issued against the Defendants Barclays, Intuit, bill.com, Bank of America, JPMorgan Chase, Citi, Wells Fargo, Santander and Early Warning that the Defendant's be cited to appear and answer the aforementioned questions in the presents of the courts, or that the that on the final judgement, Plaintiff have judgment entered against the Defendant's to restore and wire transfer the amount of $900,000,000,000 Nine Hundred Billion United States Dollars In tranches beginning November 8, 2019 or whichever date the courts sees fit, to an account of the defendant Mr. Ali Aghaei (ONLY) which will be provided by Mr. Ali Aghaei, once defendant has the ability to obtain one again.

544. AND, Plaintiff, Mr. Ali Aghaei prays to have judgment entered against Defendant Barclays,

545. Separate and in addition to the above mentioned prayer for **relief,** Exchange from Aston Brooks International Sandhu and Wurmser Ltd. Great British Pound (GBP) account ending **1490**  and or the provided Euro (EUR) account ending **7088 - Twenty Thousand (20,000) Metric Tons of Gold Bullion Bars.** All Dimensions and minimum Quality being as shown in bold below. The delivery method following the instructions contained in the LBMA document titled *"The Good Delivery Rules for Gold and Silver Bars: Specifications for Good Delivery Bars and Application Procedures for Listing."* and the quality

546. **Fineness: minimum of 995.0 parts per thousand fine ggold, Marks: serial number, refiner's hallmark, fineness, year of manufacture, Gold content: 350–430 troy ounces (11–13 kg) Dimensions, Length (top): 210–290 mm (~8.3–11.4 inches), Width (top): 55–85 mm (~2.2–3.3 inches), Height: 25–45 mm (~1–1.8 inches.**

547. *The demonstration of how manipulative and powerful the defendant's have become regarding electronic currency after nearly having his entire life's work and future business destroyed by the attempted hijacking of Plaintiffs funds, personal and business names, book of business and freedom literally stolen from him is reason as to why*

- 59 -

*Plaintiff has prayed for such judgement. Plaintiff will forever live in fear his electronic fiat currency identity and freedom may one day again be taken from him until this time of corruption has passed.*

548. With the over 200 accounts produced illegally in Plaintiffs name to transferring his funds to France in front of Plaintiffs face "with nearly nothing and nearly no one to help it had felt". Plaintiff of the possibility to have peace of mind with only electric funds. Twenty Thousand (20,000) Metric Tons in actual damages for monies lost for this past year as well as the business that is lost for the remainder of Plaintiffs life feeling unsafe not only in Europe but in plaintiffs own home country which can be verified by listening to the NYPD recording of his arrest due to Intuit, bill.com, BillPay, Early Warning and Bank of America's "strategic alliance" fraudulent statements defraud the constantly worried his life, finances and more which plaintiff chooses not to put on record hijacking of my personal name and business name in the system with over 200 accounts as well as a hope to bring a sense of security back without fear of one day having my electric funds stolen again or my electronic switch turned off. With  beginning November 8, 2019 or whichever date the courts sees fit, to allocation accounts of the defendant Mr. Ali Aghaei (ONLY) which account details will be provided by Mr. Ali Aghaei to Chambers for the deliverance to Barclays in order to prevent any further Identity Theft or Fraud.

549. 20,000 Metric Tons of Gold in actual damages and in the amount of $500,000,000,000 in punitive damages, plus whatever the court sees lawfully due, and owed to the Plaintiff by law as well as all costs of Court incurred herein.

550. AND, Plaintiff, Mr. Ali Aghaei prays for such other general or special relief to which it may be entitled under the circumstances. Mr. Ali Aghaei prays for an immediate release and access to his funds that have been transferred to the United States, shown to be in excess of $100,000,000,000 One Hundred Billion United States Dollars with the opportunity and ability to demand a wire transfer to a new and more secure account established for Mr. Ali Aghaei at any other bank within the United States.

551. AND, Plaintiff, Mr. Ali Aghaei prays for the ability, without resistance, through means of a licensed forensic accountant, have at minimum Twelve (12) Months allow access to the unbiased, third party, licensed professional chosen by the plaintiff or the courts into the defendants databases which are by law to have retained all processed data for a minimum of Seven (7) years in an effort to pursue the possibility of securing The Plaintiffs name and names of his effected businesses.

552. AND, Plaintiff, Mr. Ali Aghaei being permanently scarred in fear of being hijacked of all electronic funds once again as well as ever traveling to Europe or public in fear of being illegally incarcerated prays that Barclays Bank

deliver the equivalent to half of the amount that is decided to be due to him be in the form of Bullion In accordance to the Good Delivery

553.

554. WHEREFORE PREMISES FURTHER CONSIDERED, Plaintiffs further pray that this Court will issue a temporary injunction against the Defendants preventing Defendants and or their agents from continuing to harm Plaintiffs and his businesses

555.

556. If ALL or NEAR ALL relief is granted and the negative acts of the Defendants cease in the manner set out above and or close to that the Plaintiff is in agreement, in that Plaintiffs have would then have no other remedy in law or equity and will be irreparably harmed should said injunction not be issued.

557.

558. Plaintiffs pray for such other relief as in law or equity they may be entitled.

559.

560. This the _____23rd_____ day of ___October___, 20_19_____.

561.

562. Respectfully submitted,

563.

564. _____

Ali Aghaei

December 6, 2018



REF CODE: HGI97T061218

## PAYMASTER/CASH TRANSFER AGREEMENT

**HAHA GLOBAL INC., (HGI)**
**Mr. Ali Aghaei**
**3435 Wilshire Blvd., #2000**
**Los Angeles, CA 90010**
**Tel: +1 310-606-0555**
**E-mail:** ali.aghaei@hahaglobalinc.com

[AND]...

**ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD.**
**Sterling House, 20 Station Road, Gerrard's Cross, Buckinghamshire SL9 8 EL, UK**
**Tel: + 44 (0) 07470768846**

This INVESTMENT AGREEMENT No: **33300097** hereinafter referred to as the Agreement, is made and entered into force on the 6th of December 2018, by and between:

**PARTY- A - SENDER:**

| COMPANY NAME | HAHA GLOBAL, INC. |
|---|---|
| COMPANY ADDRESS | 3435 WILSHIRE BLVD. SUITE 2000 LOS ANGELES, CA, 90010 |
| REPRESENTED BY | ALI AGHAEI |
| TITLE | CEO |
| PASSPORT NO | 546943919 |
| NATIONALITY | USA |
| DATE OF ISSUE | JUNE 10 2016 |
| DATE OF EXPIRY | JUNE 9 2026 |
| E-MAIL | ALI.AGHAEI@HAHAGLOBALINC.COM |

www.HAHAGLOBALINC.com | contact@hahaglobalinc.com
U.S. +1.310.606.0555 | U.K. +44.1233.800.649 | FAX +1.213.232.4890

December 6, 2018



REF CODE: HGI97T061218

**And  PARTY- B  -  RECEIVER / SERVICE PROVIDER:**

| COMPANY NAME | ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD |
|---|---|
| COMPANY ADDRESS | Sterling House, 20 Station Road Gerrard's Cross, Buckinghamshire SL9 8EL United Kingdom |
| REPRESENTED BY | HARPRIT SINGH SANDHU |
| TITLE | CEO and CHAIRMAN |
| PASSPORT NO | 537838552 |
| NATIONALITY | BRITISH CITIZEN |
| DATE OF ISSUE | 12 AUG 2016 |
| DATE OF EXPIRY | 12 AUG 2026 |
| TELEPHONE NUMBER | +44 (0) 07470768846 |

**Hereinafter referred together to as the 'PARTIES',**

**PREAMBLE**

**WHEREAS**, the Parties have entered into this Paymaster/CASH TRANSFER Agreement set forth herein (hereinafter referred to as the "Investment Program for Projects Finance").

**WHEREAS**, THE SENDER WILL TRANSFER **NINRTY-SEVEN TRILLION EUROS** OF M0 CASH FUNDS with the FIXED SERVER IP NUMBER BEING PROVIDED BY THE BANK the **SENDER shall send the** amount of above **€97,000,000,000,000.00 (NINTY-SEVEN TRILLION EUROS)** transferable and delivered in ONE TRANCHE.

**AND WHEREAS, ARCH** agrees to immediately further credit the TRANSFERRED Funds as stipulated herein TO "HAHA GLOBAL, INC." and to provide **HAHA GLOBAL, INC. 5 (FIVE) SUB-LEDGER ACCOUNTS WITHIN BARCLAYS WITH THE SAME STRUCTURE STATED BEING ABLE TO HAVE ONE OF THE MOST EXCLUSIVE ALLOCATION ACCOUNTS THAT WILL ALLOW US TO BUY/SELL INSTRUMENTS, MTNs, DTC and more.**

On the basis of this PAYMASTER/CASH TRANSFER AGREEMENT №: **33300097** for the supply of investment funds VIA transfer and contracts for investment projects to consider money transfers as return of investment loan.

December 6, 2018



REF CODE: HGI97T061218

**NOW, THEREFORE**, in consideration of the premises and the mutual promises and covenants contained in this Agreement, and for the other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

| TRANSFER CURRENCY | **TOTAL AMOUNT OF TRANSFER IN EURO** |
|---|---|
| 1 **EURO** | **€97,500,000,000,000.00** |

---

**PAYMENT SCHEDULE AND WORKING TERMS:**

Payments will be processed immediately after international clearances, and as quickly as possible within 48 to 72 hours.

**Party A — HGI  funds to be wired via Ledger to Ledger to the account directed by Party B.**

**Party B — (5.2%) FIVE Point TWO-TENTHS Percent of funds to be retained for paymaster/ SERVICE fees.**

---

**Party A - Ali Aghaei** is able to provide the good, clean, clear, CASH funds to the receiving bank account as provided by Party B.

**Party B — ARCH** will be compensated the agreed 5.2% (FIVE POINT AND TWO-TENTHS PERCENT) from the €97,500,000,000,000.00 EURO **transfer** to the requested receiving account, for their own business application.

**ACCOUNT details** as provided by Party B to **RECEIVE AND FURTHER CREDIT** the **CASH funds** of **EURO €97,500,000,000,000.00 (NINTY-SEVEN TRILLION Euros) (MINUS FIVE AND TWO-TENTHS OF ONE PERCENT AS AGREED PER THE FEES).**

| COMPANY NAME | ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD. |
|---|---|
| REPRESENTED BY | HARPRIT SANDHU |
| CONTACT | LEE HAZELL |
| BANK NAME | BARCLAYS BANK |
| BANK ADDRESS | 1 CHURCHILL PLACE, LONDON, E14 5HP UK |

www.HAHAGLOBALINC.com | contact@hahaglobalinc.com

U.S. +1.310.606.0555 | U.K. +44.1233.800.649 | FAX +1.213.232.4890

December 6, 2018



REF CODE: HGI97T061218

| FIXED IP SERVER NO. | 157.83.12.17 |
|---|---|
| ACCOUNT NUMBER | 77958922 |
| ACCOUNT NAME | ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD |
| SPECIAL WIRE INSTRUCTIONS | For further benefit of: HAHA GLOBAL, INC. (AKA: HGI) |
| REQUIRED MESSAGE | ALL TRANSFER INSTRUCTIONS SHALL STATE: "FUNDS ARE CLEAN AND CLEAR, OF NON-CRIMINAL ORIGIN AND ARE PAYABLE IN CASH IMMEDIATELY UPON RECEIPT BY BENEFICIARY'S BANK-SAME DAY CREDIT |

Party A   To be CREDITED THE FULL AMOUNT OF THE TRANSFER OF NINETY-SEVEN TRILLION EUROS €97,500,000,000,000.00 MINUS THE 5.2% of funds sent of the full amount to the new accounts of: HAHA GLOBAL

| COMPANY NAME: | HAHA GLOBAL, INC. |
|---|---|
| COMPANY ADDRESS: | 3435 WILSHIRE BLVD. SUITE 2000 LOS ANGELES, CA 90010 |
| REGISTRATION NUMBER: | 4167720 |
| REPRESENTED BY | ALI AGHAEI |
| TITLE: | CEO |
| PASSPORT NO.: | 546943919 |
| Issuing Country: | USA |
| DATE ISSUE: | JUNE 10 2916 |
| DATE EXPIRY: | JUNE 9 2026 |
| BANK NAME: | TBA |
| BANK ADDRESS: | TBA |
| BANK SWIFT CODE: | TBA |
| IBAN (EUR): | TBA |
| ACCOUNT NAME: | TBA |
| BANK OFFICER: | TBA |

www.HAHAGLOBALINC.com | contact@hahaglobalinc.com

U.S. +1.310.606.0555 | U.K. +44.1233.800.649 | FAX +1.213.232.4890

December 6, 2018



REF CODE: HGI97T061218

| PHONE NUMBER: | TBA |
|---|---|
| BANK E-MAIL: | TBA |

**HGI** hereby warrants and assures to **ARCH** under penalty of perjury that the Investment funds are derived from legal sources and not from any other criminal activity. Further, **HGI** warrants and confirms that the funds are good, clean, and cleared, of non-criminal origin and totally free of any terrorist activities, free from any costs, charges, encumbrances, liens, litigation, mortgages, taxes of any kind or nature whatsoever.

## ELECTRONIC DOCUMENT TRANSMISSIONS

EDT (Electronic document transmissions) shall be deemed valid and enforceable in respect of any provisions of this Contract. As applicable, this agreement shall be:

Incorporate U.S. Public Law 106-229, "Electronic Signatures in Global & National Commerce Act" or such other applicable law conforming to the UNCITRAL Model Law on Electronic Signatures (2001).

ELECTRONIC COMMERCE AGREEMENT (ECE/TRADE/257, Geneva, May 2000) adopted by the United Nations Centre for Trade Facilitation and Electronic Business (UN/CEFACT).

EDT documents shall be subject to European Community Directive No. 95/46/EEC, as applicable. Either Party may request hard copy of any document that has been previously transmitted by electronic means provided however, that any such request shall in no manner delay the parties from performing their respective obligations and duties under EDT instruments.

X _____
MR. ALI AGHAEI, CEO
**HAHA GLOBAL, INC., CEO**

X _____
MR. HARPRIT SINGH SANDHU, CEO
**ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD.**

5

December 6, 2018



REF CODE: HGI97T061218

## HGI REP. PASSPORT COPY



www.HAHAGLOBALINC.com | contact@hahaglobalinc.com

U.S. +1.310.606.0555 | U.K. +44.1233.800.649 | FAX +1.213.232.4890

December 6, 2018



REF CODE: HGI97T061218

## REPRESENTATIVE PASSPORT COPY



## END OF DOCUMENT

www.HAHAGLOBALINC.com | contact@hahaglobalinc.com

U.S. +1.310.606.0555 | U.K. +44.1233.800.649 | FAX +1.213.232.4890

TRANSFER COMPLETE!

TRN: 5b9e03990c8a15cfd0a9d9260a4a934dd
DATE TIME: 8 05.27 AM
AMOUN███████████████S (LEGAL TENDER OF THE EUROPEAN UNION EURO ZONE)

SENDER:

NAME:

BANK NAME:    BARCLAYS BANK PLC (1 CHURCHILL PLACE LONDON E14 5HP UK)

RECEIVER:

BANK NAME:    BARCLAYS BANK PLC
ACCOUNT NUMBER:    56567088
ADDRESS:    1 CHURCHILL PLACE LONDON E14 5HP UK

ACCOUNT NAME:    ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD
(FOR THE BENEFIT OF HAHA GLOBAL INC AKA HGI)

To:   Capital One, Stripe Inc., CitiBank, JP Morgan Chase,
      Bank of America, US Bank, TD Bank, Payoneer Inc.,
      Intuit Inc., Bill.com, Santander Bank, Giact Services
      Experian, Transunion, Equifax, Early Warning Services, Chexsystems

HAHA GLOBAL, INC., ("HGI")

1127, 8th Street Manhattan Beach, California 90266

Ali Aghaei (ALI) | CEO | Founder & CEO

1127 8th Street Manhattan Beach, California 90266

Contact Information

[ali.aghaei@hahaglobalinc.com | 310.648.2707 | www.hahaglobalinc.com]

WIRE INSTRUCTIONS | IDENTITY THEFT | POLICE REPORT NUMBER | COMPANY EIN

Names | Titles | Position................................................................................................1

Introduction & Summary..........................................................................................3

WIRE Instructions ...................................................................................................4

HAHA GLOBAL INC..............................................................................................5

SWORN STATEMENT ...........................................................................................6

REPORTS, PICTURES, DEPOSIT SLIPS & EVIDENCE...........................................7

WIRE INSTRUCTIONS | IDENTITY THEFT | POLICE REPORT NUMBER | COMPANY EIN

3

## Introduction & Summary

Mr. Ali Aghaei ("Ali") who is the founder and Chief Executive Officer of HAHA Global, Inc. a California Corporation (HGI) Mr. Ali Aghaei is a respected professional and has spent his life building a positive reputation and knowledge in business. Nevertheless, we have been informed that you have been maliciously spreading inaccurate and unfounded information that is damaging to his personal and professional character.

A crime was committed; Funds have been transferred but never released to the beneficiary without legal cause. Theft, Fraud and negligence being key factors. Intuit, Inc. & bill.com, Inc. aided, counseled, commanded, induced committing the crime. Actions of certain fiduciaries, Financial Institutions & credit reporting agencies acted maliciously with the intent to facilitate these crime; "Early Warning Services, LLC" a private financial services company owned by several of these banks:

| | | | |
|---|---|---|---|
| 1.) Bank of America | 3.) Capital One | 5.) PNC Bank | 7.) Citibank |
| 2.) BB&T | 4.) JPMorgan Chase | 6.) US Bank | |

I have been explained and instructed by Intuit's QuickBooks Online Advance Merchant Services team on multiple "glance share" calls and emails that my funds had been transferred to my accounts. However, due to unwarranted claims by Bank Of America as well as over 100 inquiries being issued by above banks shown to all credit reporting agencies (without permissible purpose) Mr. Ali Aghaei has been red flagged. It was extremely disappointing that these institutions appeared to exercise both age and race discrimination towards Mr. Aghaei as they declined his business, most often with no explanation given to him whatsoever

I have explained on multiple calls and emails my concerns and the reality of my identity and funds being stolen right before my eyes with no excuses to their actions. Again, I've made it clear that this is an ongoing issue being in need for the answers regarding my funds and my name being used without my permission, I've gotten the same response over and over AFTER ALLOWING MY ACCOUNT TO FIRST BE OPENED AND FUNDED I would be asked for a past transaction, after providing the banks with this is further be asked to visit a branch with two forms of Identity to have access to my funds. However, in visiting branch after branch multiple bankers had expressed that I indeed was the primary on the accounts but multiple others were also on the account and notes displayed instructions for them to not reveal certain details of MY account or funds.

There would be nothing I can possibly do as this horrible conflict of interest assisted Barclays Bank to hinder or prevent criminals from apprehension, trial or punishment.

WIRE INSTRUCTIONS | IDENTITY THEFT | POLICE REPORT NUMBER | COMPANY EIN

# WIRE INSTRUCTIONS

4

I, Ali Aghaei, bearing USA Passport 546943919 and SSN 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 and on behalf of HAHA GLOBAL INC. EIN 83-1258315 hereby request on this September 18th day of year 2019 that All Banks expedite an immediate wire of ALL FUNDS transferred and/or held for the benefit of "Ali Aghaei" as well as ALL FUNDS transferred and/or held for the benefit of HAHA GLOBAL INC. WIRED DIRECT TO account information shown below exactly as displayed benefit of Ali Aghaei if HAHA GLOBAL INC. and provide the FedWire Trace ID to ali.aghaei@hahaglobalinc.com

| Wells Fargo Bank, N.A. | |
|---|---|
| Wire Routing Transit # | 121000248 |
| Bank Address | 420 Montgomery Street |
| City, State | San Francisco, CA 94104 |
| Beneficiary Account Number | 7799765107 |
| International SWIFT | WFBIUS6S |
| Beneficiary Account Name | HAHA GLOBAL INC |
| CHIPS Participants | UIS ABA 0407 SWIFT BIC WFBIUS33 |
| NOTE: | For immediate release and use to Ali Aghaei |

I request the Wire transfer to be completed immediately. Thank You for your anticipated and expedited cooperation in handling this matter.

Best Regards,

Ali Aghaei

310-648-2707

WIRE INSTRUCTIONS | IDENTITY THEFT | POLICE REPORT NUMBER | COMPANY EIN

5

# HAHA GLOBAL INC

HAHA GLOBAL, Inc. had established crude oil and oil product supply networks incorporated with investment into oil industry infrastructure and technologies around the world. HAHA specialized in aviation fuels, marine fuels, land fuels and compressed natural gas. Obtaining great contracts and allocations with the ability to provide oil and energy procurement, operations support, distribution and storage of aviation, marine and ground transportation fuel products and related services to commercial and corporate aircraft, petroleum distributors and ships around the world.

There are two key ingredients to a successful operation as a reseller and provider of fuels:

1. access to fuel manufacturing refineries both in the US and abroad; and,

2. access to capital for the purchase of these fuels.

HAHA established excellent relationships with manufacturers, mandates, major buyers and contracts to secure the fuels at wholesale prices. The other ingredient is the capital. By securing the capital required for the purchase of these fuels, the company placed itself as a player in this ever-growing energy market.

The buyers of fuel are plentiful, however, the difficulty buyers are faced with today is who is real and who can secure the fuel from an actual allocation / title holder. Major Buyers will pay top dollar if they know the fuel is in the tanks and can verify this. Jet fuel for an example has a short life span and the buyers know this. As an allocation holder, HAHA obtained the ability to sell to the majors at above PLATT prices and purchase the fuel at substantially lower than PLATT prices directly from the manufactures. It's simply buy low sell high, with an endless number of buyers seeking fuel they can count on.

The goal of HAHA GLOBAL, Inc. in 2018 had been to offer the most competitive rates as well as consistency to legitimate buyers. While ensuring this, HAHA found an opportunity to expand their footprint on the global stage working directly with key banking sources securing the proper working relationship and investment with banks. Ali developed the necessary consistent capital needed to acquire wholesale fuels for resale. As an example, HAHA secured the fuel at $51 NWE PLATTS per barrel and selling for $86 per barrel. That is a spread of $35 per barrel with a five-year contract for 20,000,000 barrels with gross sales of $852,000,000. This is only with one client.

After a long 5 month delay, a meeting had been set up between Barclays and Mr. Ali Aghari in Florida at The Trump National Doral Resort on the 12th of March 2019. It had been agreed that Barclays would issue recurring checks electric funds transferred to the disbursal of Mr. Ali Aghari until the banks holding account had satisfied its debts. Mr. Ali Aghari gave instructions as to which accounts to have the first set of funds transferred. On March 14th, 2019 four cashiers had been delivered to Mr. Ali Aghari with one to be deposited in an IOLTA account of Barry G. Florence, as attorney of Ali Aghari / HGI with the face value being $850 Million USD and another to a business whom had been shown on back after a failed fuel transaction for $700K with both being endorsed or accepted. The other two were made out to HAHA GLOBAL, Inc. $850 Million USD and $92 Million USD.

Mr. Ali Aghari positions himself into a unique situation to expand his global footprint and at the same time allowing himself to begin pursuing a path of business which he'd been more interested in bringing capital from services rendered to establish HAHA Global, Inc. as a substantial property development company amongst much more.

The benefit for Ali Aghari to have financial stability, cash on hand for HAHA Global Inc. in such a capacity is enormous. However with great success comes great envy....Attorney "Barry G. Florence" deposited the check in an account with Bank Of America but in one other than the IOLTA and further continued by committing mail fraud preventing Mr. Ali Aghari from receiving vital mail from banks, IRS and credit card companies in hopes of preventing his illegal activity being exposed, leaving Mr. Ali Aghari with doubt regarding the genuine business of many.

WIRE INSTRUCTIONS | IDENTITY THEFT | POLICE REPORT NUMBER | COMPANY EIN

**6.**

# SWORN STATEMENT
## DISPUTE FALSE REPORTING OF
## PERSONAL & BUSINESS RECORDS
## FINAL PRE-SUIT WARNING

*I Ali Aghaei, bearing United States Passport "546943919" with Social Security Number "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" & EIN # 83-1258315 with residence & place of business "1127 8th Street, Manhattan Beach, CA 90266" state, under penalty of perjury that the foregoing is true and correct. Executed on this 18th day Of September 2019.*

**I AM A VICTIM OF IDENTITY THEFT, Corporate Identity Theft, Mail Fraud and Bank Fraud. The credit report received to me by your agency/company has many inaccuracies which has caused a great deal of hardship on my personal and business life. I am requesting that all institutions, companies and banks that I have circled or marked down must provide full documentation and evidence as to their permissible purpose to each and every inquiry as well as evidence showing the city, state and signatures of each incident.**

**I have reached out to nearly each one of the companies found on my report and have been given no response or proper documentation. I have been accompanied on many of these calls by registered wealth management advisor John Z Martin, LifeLock members or a member from one of the credit reporting agencies each having the pleasure of being put on hold and transferred from department to department for at minimum 45 Min to have absolutely nothing accomplished.**

**Included you will find reports from several credit reporting agencies of which each have shown to have much discrepancy from one another. Please feel free to research one another's and find the circled locations of which I'm asking the company for a much needed detailed explanation. If the company or institutions are not willing to provide me with such I ask that it be immediately removed as I would like to exercise my rights accordingly to the FAIR CREDIT REPORTING ACT in the event that a customer reporting agency, a user of consumer reports, or a furnished of information to a consumer reporting agency violates the FCRA.**

WITH MUCH SCRUTINY BEING PUT THE ILLEGAL REPORTING AND INQUIRIES BY: BANK OF AMERICA, SANTANDER BANK, JP MORGAN CHASE, TD BANK N.A. & CITIBANK

x ~~Ali Aghaei~~

ALI AGHAEI | HAHA GLOBAL INC.



WIRE INSTRUCTIONS | IDENTITY THEFT | POLICE REPORT NUMBER | COMPANY EIN

7

State of Texas, County of Dallas

Subscribed and sworn before me Brittany L Byrd
by Ali Aghaei on 09/18/2019.

Notary  _____



Notarized online using audio-video communication

From: **HAHA GLOBAL INC.**
quickbooks@notification.intuit.com
Subject: **Invoice 1003 from HAHA GLOBAL INC.**
Date: **Jun 5, 2019 at 5:07:15 AM**
To: **directteameastmidlands@barclayscorp.com**
Cc: **Jes.staley@barclays.com, Toks.sotande-peters@barclays.com**



HAHA GLOBAL INC.

Dear Aston Brooks International Sandhu & Wurmser, Ltd.,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
HAHA GLOBAL INC.

INVOICE 1003 DETAILS

**DUE 05/27/2019**



# CERTIFICATE OF INCORPORATION
## OF A
## PRIVATE LIMITED COMPANY

### Company Number. 8430108

The Registrar of Companies for England and Wales, hereby certifies that

ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales.

Given at Companies House, Cardiff, on 5th March 2013.



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES



*Companies House*
—— *for the record* ——

The above information was communicated by electronic means and authenticated by the
Registrar of Companies under section 1115 of the Companies Act 2006



Companies House

# IN01 (ef)

**Application to register a company**



*X7HZP1Y2*

*Received for filing in Electronic Format on the:* **04/11/2018**

| | |
|---|---|
| *Company Name in full:* | **HAHA GLOBAL INC LTD** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **20-22 WENLOCK ROAD**<br>**LONDON**<br>**ENGLAND N1 7GU** |
| *Sic Codes:* | **46711**<br>**46760**<br>**66300** |

*I wish to entirely adopt the following model articles:*          **Private (Ltd by Shares)**

Electronically filed document for Company Number:          **11659966**

## 715-174641-48151115/1

December 21, 2018 at 12:47 PM

🗀 Found in ali.aghaei@hahag...

Order: 715-174641-48151115
21/12/2018 17:46:41

Companies House WebFiling order 715-174641-48151115/1 is attached.

Order Detail
------------
Company Number: <u>11659966</u>
Company Name: HAHA GLOBAL INC LTD
Document Type: Current Company Information

Please Note: Document Types - documents are delivered as PDF

    

## RESIGNATION FROM HAHA GLOBAL, INC.

April 6, 2019

Dear Fellow Directors:

Please accept my resignation from the Board of Directors and as an officer of the Association.   My resignation takes effect immediately.

Additionally, I will no longer represent the interests of HAHA Global, Inc. as it counsel.

**Barry G. Florence, Esq.**

Digitally signed by Barry G. Florence, Esq.
DN: cn=Barry G. Florence, Esq., o=Law Offices of
Barry G. Florence, ou, email=bgf@bgflawoffices.com,
c=US
Date: 2019.04.06 07:45:23 -07'00'

Barry G. Florence

From: **Brian J. Harris** bharris@citymb.info

Subject: **Manhattan Beach Police Department report # 19-2018**

Date: Jul 16, 2019 at 11:51:56 AM

To: ali.aghaei@hahaglobalinc.com

Hi Ali,

It was nice speaking with you and very glad to hear all appears to be well! Please let me know once you've confirmed the money has been received so I can update the notes in our case and close it out. My contact info is in the email signature below. I look forward to hearing from you!

Thanks,
B. Harris


**Brian J. Harris**
**Detective**
P: (310) 802-5134
E: bharris@citymb.info





 Please consider the environment before printing this email.

Office Hours: M - Th 7:30 AM - 5:30 PM | Fridays 7:30 AM - 4:30 PM | Not Applicable to Public Safety

Reach Manhattan Beach Here for you 24/7, use our click and fix it app
Download the mobile app now



19-cv-4749

# FAX COVER SHEET

Date:                                        07/31/2019
To:
Phone #:
FAX #:                                       212/315-1374


From:    Internal Revenue Service
         Electronic Tax Administration
         e-services
         Transcript Delivery System
         Philadelphia, PA 19255

*Message:*

**We've enclosed the transcript or transcripts that you requested on July 31 2019**

CONFIDENTIALITY NOTICE

THIS COMMUNICATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION MAY BE STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE CALL AT (1-800-829-0922), AND RETURN THE COMMUNICATION AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU

**FILE COPY**



# CERTIFICATE OF INCORPORATION
## OF A
## PRIVATE LIMITED COMPANY

Company Number **11659966**

The Registrar of Companies for England and Wales, hereby certifies that

**HAHA GLOBAL INC LTD**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **5th November 2018**



* N11659966U *



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES



Companies House

The above information was communicated by electronic means and authenticated
by the Registrar of Companies under section 1115 of the Companies Act 2006

# Companies Act 2006

SCHEDULE 1
COMPANY HAVING A SHARE CAPITAL
Memorandum of Association of
HAHA GLOBAL INC LTD

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share each.

Subscriber:

Ali  Aghaei

Authentication: Authenticated Electronically

Subscriber:

Yemely Aurimar Calderon

Authentication: Authenticated Electronically

Dated: 4 Nov 2018



# Companies House

# IN01(ef)



| Application to register a company |
|---|

*Received for filing in Electronic Format on the:* **04/11/2018**



X7HZP1Y2

| | |
|---|---|
| *Company Name in full:* | **HAHA GLOBAL INC LTD** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **20-22 WENLOCK ROAD LONDON ENGLAND N1 7GU** |
| *Sic Codes:* | **46711** **46760** **66300** |

*I wish to entirely adopt the following model articles:*          **Private (Ltd by Shares)**

---

**Electronically filed document for Company Number:**          **11659966**



Invoice

20-22 Wenlock Road, London, N1 7GU
Tel 0207 608 5500 I www.companiesmadesimple.com

**Address**

N/A

**Contact number**

**Document type**
Invoice

**Date (tax point)**
04-11-2018

**Document number**
975899

**Purchase order number**
975899

| Code | Product description | Qty | Each |
|------|--------------------|-----|------|
| 1924020 | International Package for company "HAHA GLOBAL INC LTD" | 1 | £139.00 |
| 1924021 | Fraud Protection (Recommended) | 1 | £3.99 |
| **Total Net** | | | **£142.99** |
| **VAT** | | | **£26.60** |
| **Total** | | | **£169.59** |

Made Simple Group Ltd
Registered Office: 20-22 Wenlock Road, London, N1 7GU
Registered in England No: 4214713. VAT Number: GB289462452

*Making business simple ...*

322 WEST 23RD STREET
NEW YORK, NY 10011
800.627.3999
Inquiry Date : 10/19/2018
SSN/ID Provided : XXX-XX-2872

Inquirer : CITIBANK, CALIFORNIA
1100 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660
800.627.3999
Inquiry Date : 08/05/2018
SSN/ID Provided : XXX-XX-2872

| Retail Information |
|---|
| Retail Information refers to returned checks written on an account and certain collection accounts. Retailers and other businesses report this information to Certegy Check Services, Inc. ChexSystems receives this information directly from Certegy Check Services, Inc. and is not involved in the collection of these items. |

No Information Found

| History of Checks Ordered |
|---|
| History of Checks Ordered refers to a record of check orders placed within the past five years. |

No Information Found

| Social Security Number Validation |
|---|
| Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-2872    BECAME AVAILABLE FOR ISSUANCE IN 1993 IN CA

| ChexSystems Contact Information |
|---|

To obtain answers to the most frequently asked questions, please visit our website at www.chexsystems.com. If you have questions about the information contained in this report, please contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

| Notices |
|---|

You have a right to dispute any item of information contained in your consumer file. If you believe information in your file may be inaccurate or incomplete, please submit your dispute online at www.chexsystems.com or by mail or fax to the address or fax number listed above. Please be certain to include your Consumer ID number, the source of the information you are disputing and the nature of your dispute. Under normal circumstances, ChexSystems will inform you of the results of the investigation within approximately 30 days (21 days for residents of Maine).

You may have a right to place a fraud alert and/or security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.chexsystems.com. If you are a current resident of AL, AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.chexsystems.com and select the "Security Freeze" link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

**By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use**



Reply ID: 17146483-7

000003 of 000008          000814          3



**Requested On:** 08/02/2018

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**TRANSUNION CONSUMER INTE**
760 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94102
(844) 580-6816

**Requested On:** 03/11/2019

**ENHANCED RECOVERY COMPANY**
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256
(800) 942-0015

**Requested On:** 01/17/2019, 07/09/2018

**CAPITAL ONE**
PO BOX 30281
LT LAKE CITY, UT 84130
(J0) 689-1789

**Requested On:** 09/03/2018

**ARS NATIONAL SERVICES**
POB 463023
ESCONDIDO, CA 92046
(800) 936-7214

**Requested On:** 05/11/2018

**ALI AGHAEI via PGXCREDITREPAIRCOM**
330 NORTH CUTLER DRIVE
NORTH SALT LAKE, UT 84054
(801) 384-4253

**Requested On:** 02/10/2018
**Permissible Purpose:** WRITTEN AUTHORIZATION

**CLIENT SERVICES INC via CLIENT SERVICES INC**
3451 HARRY S TRUMAN BLVD
ST CHARLES, MO 63301
(800) 521-3236

**Requested On:** 12/11/2017
**Permissible Purpose:** COLLECTION

**WEBBANKAVANT LLC**
222 N LASALLE ST

**ALI AGHAEI via TRANSUNION INTERACTIVE**
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401
(844) 580-6816

**Requested On:** 03/04/2019
**Permissible Purpose:** CONSUMER REQUEST

**RADIUS GLOBAL SOLUTIONS**
9550 REGENCY SQUARE BLVD
SUITE 602
JACKSONVILLE, FL 32225
(888) 904-1800

**Requested On:** 11/26/2018

**ARS NATIONAL**
201 WEST GRAND AVE
ESCONDIDO, CA 92025
(800) 936-7214

**Requested On:** 05/11/2018

**DIVERSIFIED CONSULTANTS**
10550 DEERWOOD PK BLVD
STE 309
JACKSONVILLE, FL 32256
(800) 771-5361

**Requested On:** 03/08/2018, 01/04/2018, 07/06/2017, 05/04/2017
**Permissible Purpose:** COLLECTION

**ALI AGHAEI via KARMATRANSUNION INTERACT**
100 CROSS STREET
SAN LUIS OBISPO, CA 93401
(844) 580-6816

**Requested On:** 01/07/2018
**Permissible Purpose:** CONSUMER REQUEST

**TRANSUNION INTERACTIVE IN**
100 CROSS ST
STE 202
SAN LUIS OBISPO, CA 93401
(844) 580-6816

**Requested On:** 11/13/2018

**PROGREXION via PROGREXIONCREDITREPAIR**
330 N CUTLER DRIVE

Page 7 of 11

Done                        **23 of 28**



# Toks Barclays Banker

        

message        call        video        mail        pay

## Today

8:12 AM  **Missed Call**

## phone

+44 7418 938837

## FaceTime                            

## Notes

Send Message

Share Contact

Add to Favorites

                                    

ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD

BARCLAYS BANK PLC
1 CHURCHILL PLACE
LONDON
E14 5HP UK

No. 1001

Date  03/15/2019

Pay To The
Order Of     LAW OFFICES OF BARRY G FLORENCE                                        $   **850000000.00

Eight Hundred And Fifty Million                                                              Dollars

ASTON BROOKS INT. SANDHU & WURMSER, LTD

Signed:

Memo:   ALLOCATION OF FUNDS

⑈⑆00000 100 1⑈⑆ ⑆⑈⑆ 56 56 7088

1001                                                                              Date:03/15/2019

LAW OFFICES OF BARRY G FLORENCE

1001                                                                              Date:03/15/2019

LAW OFFICES OF BARRY G FLORENCE

ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD

BARCLAYS BANK PLC
1 CHURCHILL PLACE
LONDON
E14 5HP UK

No. 1002

Date   03/15/2019

Pay To The
Order Of    HAHA GLOBAL, INC

$  **950000000.00

Nine Hundred and Fifty Million

Dollars

ASTON BROOKS INT. SANDHU & WURMSER, LTD

Signed:

Memo:    ALLOCATION OF FUNDS

⑈00000 100 2⑈ ⑆: 56 56 7088

1002

Date:03/15/2019

HAHA GLOBAL, INC

1002

Date:03/15/2019

HAHA GLOBAL, INC

ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD

BARCLAYS BANK PLC
1 CHURCHILL PLACE
LONDON
E14 5HP UK

No. 1003

Date  03/15/2019

Pay To The
Order Of   INSIDE GLOBAL STRATEGY (IGS NY)

$  **300000.00

Three Hundred Thousand

Dollars

ASTON BROOKS INT. SANDHU WURMSER, LTD.

Signed:

Memo:   INVOICE PAYMENT

⑆00000 1003⑆ ⑈ 56 56 7088

1003                           Amount:$300000.00                    Date:03/15/2019
INSIDE GLOBAL STRATEGY (IGS NY)

1003                           Amount:$300000.00                    Date:03/15/2019
INSIDE GLOBAL STRATEGY (IGS NY)

ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD

BARCLAYS BANK PLC
1 CHURCHILL PLACE
LONDON
E14 5HP UK

No. 1004

Date  03/15/2019

Pay To The
Order Of  HAHA GLOBAL, INC

$  **9200000.00

Nine million Two Hundred Thousand

Dollars

ASTON BROOKS INT. SANDHU & WURMSER, LTD

Signed:

Memo:  ALLOCATION OF FUNDS

⑈⑈00000 1004⑈⑈ ⑈⑈ 56 56 7088

1004

HAHA GLOBAL, INC

Amount:$9200000.00

Date:03/15/2019

1004

HAHA GLOBAL, INC

Amount:$9200000.00

Date:03/15/2019

**ASTON BROOKS INTERNATIONAL
SANDHU & WURMSER LTD**

Sterling House, 20 Station Road
Gerrards Cross
BK
SL9 8EL
+44 (0) 07768 078205
hsandhu@astonbrooksinternational.co.uk
VAT Registration No.: 157 3953 79

# VAT Invoice

**INVOICE TO**
Haha Global Inc

**INVOICE NO.** 1031
**DATE** 07/12/2018
**DUE DATE** 07/12/2018
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 07/12/2018 | **Services** EUR - Receiver Test 1 | | | 86.00 |

Barclays Bank
Aston Brooks International Sandhu & Wurmser Ltd.
Currency: EUR
Sort Code: 20-23-60
Account No: 56567088
IBAN: GB98BARC20236056567088
SWIFTBIC: BARCGB22

| | |
|---|---|
| SUBTOTAL | 86.00 |
| VAT TOTAL | 0.00 |
| TOTAL | 86.00 |
| BALANCE DUE | **EUR 86.00** |

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 09-16-2019
Response Date: 09-16-2019
Tracking Number: 100470216706

## Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2018

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-2872

AL AGHA
1127 8

018886

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Apr. 22, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: Apr. 22, 2019 |

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):          0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 26,000.00 |
| TAXABLE INCOME: | 14,000.00 |
| TAX PER RETURN: | 1,493.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2019
PROCESSING DATE                                                Apr. 22, 2019

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 90221-488-19731-9 | 20191405 | 04-22-2019 | $1,493.00 |
| 610 | Payment with return | | 04-01-2019 | -$1,539.00 |
| 170 | Penalty for not pre-paying tax 04-22-2029 | 20191405 | 04-22-2019 | $46.00 |

This Product Contains Sensitive Taxpayer Data

 **BARCLAYS**

Business Banking
Please return to:
Barclays
Mandate Change Team
PO Box 10215
WIGSTON
LE18 9EY

# New Mandate Form

Current as from 1st May 2019

| HELPLINE |
| --- |
| 0333 202 7477** |

**Please ensure this detail is brought to the attention of all new and existing authorised signatories.**

The Barclays Group uses and retains details you give about yourself and others to manage your account, for research or analysis and to prevent fraud. Section 10 of the Business Customer Agreement further details how we use personal information (https://www.barclays.co.uk/business-banking/manage/terms-and-conditions/)

## Business details

Business name (ie, the legal entity):

ASTON BROOKS INTERNATIONAL SANDHU & WURMSER LTD

Type of business:

Limited company, charitable company or corporate entity

Check

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) - 1002 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # 5469439 | 1 | 950,000,00 0.00 | 950,000,000.00 |
| 05/27/2019 | PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) 1004 | LAX AIRPORT EXPANSION/OIL AND CNG SITE OWNED BY HAHA - EXPENSES- FROM PARTIAL BALANCE TRANSFER OF TOTAL ($900 Billion USD) OWNER - Ali AGHAEI (USA PASSPORT # 5469439 #1004 | 1 | 9,200,000.0 0 | 9,200,000.00 |

| | | |
|--|--|--|
| | TOTAL | 959,200,000.00 |
| | DEPOSIT | 859,200,000.00 |
| | PAYMENT | 100,000,000.00 |
| | BALANCE DUE | $0.00 |

# Management Report

HAHA GLOBAL INC.
For the period ended December 31, 2019



Prepared on
October 20, 2019

For management use only

# Table of Contents

Profit and Loss.............................................................................................................................3

Balance Sheet.............................................................................................................................4

# Profit and Loss

January - December 2018

|  | Total |
|---|---|
| **INCOME** | |
| Billable Expense Income | -85,000,000.00 |
| QuickBooks Payments Sales | 144,055.58 |
| Sales | 32,411,601,652.02 |
| Uncategorized Income | 94,859,200,000.00 |
| **Total Income** | **\*\*error\*\*** |
| **COST OF GOODS SOLD** | |
| Shipping | 19.99 |
| **Total Cost of Goods Sold** | **19.99** |
| **GROSS PROFIT** | **\*\*error\*\*** |
| **EXPENSES** | |
| 300001 ALLOCATION OF FUNDS DUE TO ALI AGHAEI (deleted) | 666,003,806.43 |
| Ask My Accountant | 210,307,500.00 |
| Bank Charges & Fees | 4,999.39 |
| Car & Truck | 750,000.00 |
| Contractors | -28,999.00 |
| Creative Development Investment / Sponsorship | 33,350,000.00 |
| Employee Benefits | 1,333,000.00 |
| Interest Paid | 33,300.00 |
| Legal & Professional Services | 5,749,035.10 |
| Meals & Entertainment | 47,102.42 |
| Office Supplies & Software | 2.01 |
| Other Business Expenses | 97,019,841.51 |
| Purchases | 181,735,000.00 |
| Reimbursable Expenses | 525,025.74 |
| Rent & Lease | 50,000.00 |
| Taxes & Licenses | 20,000,000.00 |
| Travel | 217.34 |
| Unapplied Cash Bill Payment Expense | 98,999,999.94 |
| Uncategorized Expense | 2,364,236.00 |
| **Total Expenses** | **1,318,244,066.88** |
| **NET OPERATING INCOME** | **\*\*error\*\*** |
| **OTHER EXPENSES** | |
| Consulting | 10,000,000.00 |
| Reconciliation Discrepancies | 499,495.00 |
| **Total Other Expenses** | **10,499,495.00** |
| **NET OTHER INCOME** | **-10,499,495.00** |
| **NET INCOME** | **\*\*error\*\*** |

HANA GLOBAL INC.

3/5