UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020

HAHA Global, Inc., et al.,

          Plaintiffs,

-against-

Barclays et al.,

          Defendants.

1:19-cv-04749 (VEC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Pending before the Court are Plaintiffs' motions for expedited discovery and other relief (ECF Nos. 78 and 80). Plaintiffs' motions are DENIED. Based upon the Court's review of Plaintiffs' Amended Complaint and the pending motions to dismiss, the Court in its discretion finds that there is no basis for expedited discovery (or any discovery at the present time). The Clerk of Court is respectfully directed to close the gavels at ECF Nos. 78 and 80. A copy of this Order will be mailed to *pro se* Plaintiff Aghaei by Chambers.

**SO ORDERED.**

DATED:    New York, New York
              February 3, 2020

_____
STEWART D. AARON
United States Magistrate Judge