# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5313
bleinbach@zeklaw.com

WWW.ZEKLAW.COM

February 18, 2020

**BY ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*HAHA Global, Inc., et al. v. Barclays*, **Case No. 1:19-cv-04749 (VEC) (SDA)**

Dear Judge Aaron:

Wells Fargo Bank, N.A., sued incorrectly herein as Wells Fargo Bank & Co ("Wells Fargo"), by and through its attorneys, Zeichner Ellman & Krause LLP, hereby files this letter to join in the responses of Barclays Bank PLC ("Barclays") and Bank of America N.A. ("BANA") to plaintiffs' motion seeking discovery and a conference (the "Motion") [Docket Nos. 89, 90].

For the reasons set forth in Barclays and BANA's letters, Wells Fargo respectfully requests that plaintiffs' Motion be denied in its entirety.

Very truly yours,

Bryan D. Leinbach

cc: Ali Aghaei, Chief Executive Officer
HAHA Global Inc. (by Electronic Mail and U.S. Mail)

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV