UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAHA Global, Inc., et al.,

                         Plaintiffs,

-against-

Barclays et al.,

                         Defendants.

1:19-cv-04749 (VEC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       As counsel now has appeared on behalf of Plaintiffs, fairness dictates that the formerly *pro se* Plaintiffs be given an opportunity to respond to the pending motions to dismiss (*see* ECF Nos. 52, 74 & 86) with the benefit of counsel. Plaintiffs shall file their opposition to the outstanding motions no later than Monday, March 23, 2020. Defendants shall file any reply no later than Monday, March 30, 2020.

**SO ORDERED.**

DATED:     New York, New York
                March 2, 2020

                                                     _____
                                                     STEWART D. AARON
                                                     United States Magistrate Judge