UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAHA GLOBAL, INC. and ALI AGHAEI,

                Plaintiffs,

-against-                                    19 **CIVIL** 4749 (VEC)

## JUDGMENT

BARCLAYS ET AL.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 13, 2020, Defendants' motions to dismiss are GRANTED. This case is DISMISSED. Because Plaintiffs have abandoned their federal law claims, leave to amend those claims is DENIED. See Newsome v. IDB Capital Corp., No. 13-CV-6576, 2014 WL 4211351, at *3 (S.D.N.Y. Aug. 26, 2014); Bardwil Indus. Inc. v. Kennedy, No. 19-CV-8211, 2020 WL 2748248, at *4 n.2 (S.D.N.Y. May 27, 2020); accordingly, this case is closed.

**Dated:** New York, New York

        August 13, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**